Todd A. Seaver (SBN 271067)
Victor S. Elias (SBN 262269)
**BERMAN DᴇVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
tseaver@bermandevalerio.com
velias@bermandevalerio.com

Julian Hammond (SBN 268489)
**HAMMOND LAW, PC**
1829 Reisterstown Rd., Suite 410
Baltimore, MD 21208
Telephone: (310) 601-6766
Facsimile: (310) 295-2385
jhammond@hammondlawpc.com

*Attorneys for Plaintiff and Putative Class*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIRCHBOX, INC., a New York Corporation,<br><br>Defendant. | Case No. **'15CV498  L    KSC**<br><br>**CLASS ACTION**<br><br>**COMPLAINT FOR:**<br>**(1) VIOLATION OF CALIFORNIA'S AUTOMATIC RENEWAL LAW (CAL. BUS. PROF. CODE §§ 17600-17604); (2) UCL VIOLATIONS (CAL. BUS. & PROF. CODE §§ 17200-17204); AND (3) INJUNCTIVE RELIEF AND RESTITUTION (CAL. BUS. & PROF. CODE § 17535)**<br><br>**DEMAND FOR JURY TRIAL** |

CLASS ACTION COMPLAINT

Plaintiff Tracy Davis ("Plaintiff"), on behalf of herself and all others similarly situated, complains and alleges as follows:

## OVERVIEW OF CLAIMS

1.      Plaintiff brings this class action under Federal Rule of Civil Procedure 23 on behalf of herself and a class of others similarly situated consisting of all persons in California that, since at least four years prior to the filing of this complaint, and continuing through the present (the "Class Period"), purchased subscriptions for the monthly delivery of make-up and personal care products from Birchbox, Inc.  Herein, Birchbox, Inc. is referred to as "Birchbox" or "Defendant."  The class of others similarly situated to Plaintiff are referred to herein as "Class Members."  The claims for damages, restitution, injunctive and/or other equitable relief, and reasonable attorneys' fees and costs under California Business and Professions Code (hereinafter "Cal. Bus. & Prof. Code") §§ 17602, 17603, 17604, 17535, and 17200, *et seq*., and California Code of Civil Procedure § 1021.5.  Plaintiff and Class Members are consumers for purposes of Cal. Bus. & Prof. Code §§ 17600-17606.

2.      During the Class Period, Defendant made automatic renewal or continuous service offers to consumers in and throughout California and (a) at the time of making the automatic renewal or continuous service offers, failed to present the automatic renewal offer terms, or continuous service offer terms, in a clear and conspicuous manner and in visual proximity to the request for consent to the offer before the subscription or purchasing agreement was fulfilled in violation of Cal. Bus. & Prof. Code § 17602(a)(1); (b) charged Plaintiff's and Class Members' credit or debit cards, or third-party account (hereinafter "Payment Method"), without first obtaining Plaintiff's and Class Members' affirmative consent to the agreement containing the automatic renewal offer terms or continuous service offer terms in violation of Cal. Bus. & Prof. Code § 17602(a)(2); and (c) failed to provide an acknowledgment that includes the

automatic renewal or continuous service offer terms, cancellation policy, and information regarding how to cancel in a manner that is capable of being retained by the consumer in violation of Cal. Bus. & Prof. Code § 17602(a)(3).  As a result, all goods, wares, merchandise, or products sent to Plaintiff and Class Members under the automatic renewal or continuous service agreements are deemed to be an unconditional gift pursuant to Cal. Bus. & Prof. Code § 17603.

3.     As a result of the above, Plaintiff, on behalf of herself and Class Members, seeks damages, restitution, declaratory relief, injunctive relief and reasonable attorneys' fees and costs pursuant to Cal. Bus. & Prof. Code §§ 17603, 17203, 17204, and 17535 and California Code of Civil Procedure § 1021.5.

4.     The "Class Period" is designated as the period from four years prior to the filing of this complaint through to the present.  Defendant's violations of California's Business and Professions Code and unfair competition laws, as described more fully below, have been ongoing since four years prior to the filing of this complaint, and are continuing at present.

**JURISDICTION**

5.     This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332 in that Plaintiff is a resident and citizen of the State of California while Defendant is a corporation incorporated under the laws of the State of Delaware, and its principal place of business is in New York City.  This Court has personal jurisdiction over Defendant because Defendant conducts business in the County of San Diego, State of California.  Therefore, Defendant has sufficient minimum contacts with this state, and otherwise purposefully avails itself of the markets in this state through the promotion, sales, and marketing of its products in this state, to render the exercise of jurisdiction by this Court permissible under traditional notions of fair play and substantive justice.

**VENUE**

6.     Venue as to Defendant is proper in the United States District Court for the Southern District of California, pursuant to 28 U.S.C. § 1391.  Defendant is a Delaware corporation, and its principal place of business is in New York City. Defendant has made the automatic renewal or continuous service offers to thousands of persons within the County of San Diego.  And many of the acts and transactions giving rise to this action occurred in this district because Defendant: (a) is authorized to conduct business in this district and has intentionally availed itself of the laws and markets within this district; (b) does substantive business within this district; and (c) is subject to personal jurisdiction in this district because it has availed itself of the laws and markets within this district.

**PARTIES**

7.     Plaintiff Tracy Davis resides in Los Angeles, California.  Plaintiff purchased a monthly subscription from Defendant in California during the Class Period.  Following the purchase, Plaintiff's Payment Method was charged, and continues to be charged, every month on a recurring basis.  During that time, Plaintiff was subject to Defendant's unlawful policies and/or practices set forth herein.  Plaintiff and Class Members are consumers as defined under Cal. Bus. & Prof. Code §17601(d).

8.     Defendant Birchbox, Inc. is a Delaware corporation with its principal place of business located at 28 E. 28th Street, New York, New York, 10016. Defendant operates and, at all times during the Class Period, has done business throughout California.  Also during the Class Period, Defendant made, and continues to make, automatic renewal or continuous service offers to consumers in California.  Defendant sells samples of make-up and personal care products on a monthly subscription basis to consumers throughout California.  As of 2013, Defendant employs 250 people and has 800,000 subscribers.  Defendant generates approximately $125 million in annual sales.

9.     The policies, practices, and unlawful conduct complained of herein were formulated, implemented, and maintained, in whole or in substantial part, at Defendant's address.

10.     All of Plaintiff's claims stated herein are asserted against Defendant and any of its predecessors, successors, and/or assigns that do, or have done, business, with Class Members in California during the Class Period.

**FACTUAL BACKGROUND**

**California Business Professions Code §§ 17600-17606**

11.     On December 1, 2010, Sections 17600-17606 of Article 9, of Chapter 1, of Part 3, of Division 7 of Cal. Bus. & Prof. Code came into effect.  The Legislature's stated intent for this Article was to end the practice of ongoing charges to consumers' Payment Methods without consumers' explicit consent for ongoing shipments of a product or ongoing deliveries of service.  *See* Cal. Bus. & Prof. Code § 17600.

12.     Cal. Bus. & Prof. Code § 17602(a) makes it unlawful for any business making an automatic renewal or continuous service offer to a consumer in this state to do any of the following:

(1)     Fail to present the automatic renewal offer terms or continuous service offer terms in a clear and conspicuous manner before the subscription or purchasing agreement is fulfilled and in visual proximity, or in the case of an offer conveyed by voice, in temporal proximity, to the request for consent to the offer.

(2)     Charge the consumer's credit or debit card or the consumer's account with a third party for an automatic renewal or continuous service without first obtaining the consumer's affirmative consent to the agreement containing the automatic renewal offer terms or continuous service offer terms.

(3)     Fail to provide an acknowledgment that includes the automatic renewal or continuous service offer terms, cancellation policy, and information regarding how to cancel in a manner that is capable of being retained by the consumer.  If the offer includes a free trial, the business shall also disclose in the acknowledgment how to cancel and allow the consumer to cancel before the consumer pays for the goods or services.

13.    Cal. Bus. & Prof. Code § 17601(a) defines the term "Automatic renewal" as a "plan or arrangement in which a paid subscription or purchasing agreement is automatically renewed at the end of a definite term for a subsequent term."

14.    Cal. Bus. & Prof. Code § 17601(b) defines the term "Automatic renewal offer terms" as "the following clear and conspicuous disclosures: (1) That the subscription or purchasing agreement will continue until the consumer cancels.  (2) The description of the cancellation policy that applies to the offer.  (3) The recurring charges that will be charged to the consumer's credit or debit card or payment account with a third party as part of the automatic renewal plan or arrangement, and that the amount of the charge may change, if that is the case, and the amount to which the charge will change, if known. (4) The length of the automatic renewal term or that the service is continuous, unless the length of the term is chosen by the consumer.  (5) The minimum purchase obligation, if any."

15.    Pursuant to Cal. Bus. & Prof. Code § 17601(c), "clear and conspicuous" or "clearly and conspicuously" mean "in larger type than the surrounding text, or in contrasting type, font, or color to the surrounding text of the same size, or set off from the surrounding text of the same size by symbols or other marks, in a manner that clearly calls attention to the language."

16.    Section 17603 of Cal. Bus. & Prof. Code provides: "In any case in which a business sends any goods, wares, merchandise, or products to a consumer, under a continuous service agreement or automatic renewal of a purchase, without first obtaining the consumer's affirmative consent as described in Section 17602, the goods, wares, merchandise, or products shall for all purposes be deemed an unconditional gift to the consumer, who may use or dispose of the same in any manner he or she sees fit without any obligation whatsoever on the consumer's part to the business, including, but not limited to, bearing the cost of, or

1  responsibility for, shipping any goods, wares, merchandise, or products to the

2  business."

3  **Defendant's Business**

4     17.    During the Class Period, Defendant offers, and has offered,

5  subscription plans for the monthly delivery of beauty products, including sample

6  make-up and personal care products through its website, www.Birchbox.com.

7  Defendant's subscriptions for its protection plans are automatic renewal and/or

8  continuous service plans or arrangements for the purposes of Cal. Bus. & Prof.

9  Code § 17601.

10     **Defendant's Legal Agreement**

11     18.    During the Class Period, buried at the very bottom of Defendant's

12  webpage, there was an inconspicuous hyperlink, in smaller font than the

13  surrounding text, to a document called "Terms" (hereinafter the "Terms and

14  Conditions").

15  ///

16  ///

17  ///

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





*See* attached as Exhibits 1 and 2 true and correct screenshots of the above-shown webpage available at www.Birchbox.com, and the Terms and Conditions, respectively.

19.     Defendant's Terms and Conditions provided as follows:

Welcome to www.Birchbox.com (the "Site").  This Site is maintained and operated by Birchbox, Inc. ("Birchbox" or "Company").  By accessing, browsing or using this Site, you acknowledge that you have read, understood and agreed to be bound by these Terms of Use (these "Terms"). If you do not agree to these Terms, you should not use or access this Site. Birchbox reserves the right to revise these Terms at any time by updating this posting. You are encouraged to review these Terms each time you use the Site because your use of the Site after the posting of changes will constitute your acceptance of the changes. By agreeing to these Terms it also constitutes your agreement to the Rewards Points Terms and Conditions [(the "Rewards Points Terms")] and the Site Privacy Policy [(the "Privacy Policy")], which are incorporated herein.  BY ACCESSING OR USING ANY PART OF THE SITE, YOU ACCEPT, WITHOUT LIMITATION OR QUALIFICATION, THESE TERMS. IF YOU DO NOT AGREE WITH ALL OF THE TERMS SET FORTH BELOW, YOU MAY NOT USE ANY PORTION OF THE SITE. PRICE INFORMATION FOUND ON THIS SITE IS SUBJECT TO CHANGE WITHOUT

NOTICE.  BIRCHBOX RESERVES THE RIGHT TO CHANGE THESE TERMS & CONDITIONS OF USE AT ANY TIME WITHOUT NOTICE.

*See* Ex. 2, at p. 1.

20.    Throughout the Terms and Conditions, Defendant used various methods, including capital letters, to draw the reader's attention to important language.  For example, Defendant used all capital letters to exclude warranties:

**9. Disclaimers**

You assume all responsibility and risk with respect to your use of the Site. THE SITE, AND ALL CONTENT, MERCHANDISE, AND OTHER INFORMATION ON OR ACCESSIBLE FROM OR THROUGH THIS SITE OR A "LINKED" SITE ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, SECURITY OR ACCURACY.  SPECIFICALLY, BUT WITHOUT LIMITATION, BIRCHBOX DOES NOT WARRANT THAT: (1) THE INFORMATION ON THIS SITE IS CORRECT, ACCURATE OR RELIABLE; (2) THE FUNCTIONS CONTAINED ON THIS SITE WILL BE UNINTERRUPTED OR ERROR-FREE; OR (3) DEFECTS WILL BE CORRECTED, OR THAT THIS SITE OR THE SERVER THAT MAKES IT AVAILABLE IS FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS.

*See* Ex. 2, ¶ 9.

21.    Defendant also used all capital letters to limit its liability:

**12. Limitation of Liability**

IN NO EVENT SHALL BIRCHBOX, ITS PARENT COMPANY, SUBSIDIARIES, AFFLIATES OR ANY OF THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, SUCCESSORS, SUBSIDIARIES, SUPPLIERS, AfFILIATES, OR THIRD PARTIES PROVIDING INFORMATION ON THIS SITE BE LIABLE TO ANY USER OF THE SITE OR ANY OTHER PERSON OR ENTITY FOR ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, CONSEQUENTIAL OR EXEMPLARY DAMAGES (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, LOSS OF DATA, OR LOSS OF USE) ARISING OUT OF THE USE OR INABILITY TO USE THE SITE, WHETHER BASED UPON WARRANTY, CONTRACT, TORT, OR OTHERWISE, EVEN IF BIRCHBOX HAS BEEN ADVISED OF OR SHOULD HAVE KNOWN OF THE POSSIBILITY OF SUCH DAMAGES OR LOSSES.  IN NO EVENT SHALL THE TOTAL LIABILITY OF BIRCHBOX, ITS AFFILIATES OR ANY OF THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, SUCCESSORS, SUBSIDIARIES, SUPPLIERS, AFFILIATES OR THIRD PARTIES PROVIDING INFORMATION ON THIS SITE TO YOU FOR ALL

DAMAGES, LOSSES, AND CAUSES OF ACTION RESULTING FROM YOUR USE OF THIS SITE, WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE) OR OTHERWISE, EXCEED THE AMOUNT YOU PAID TO BIRCHBOX IN CONNECTION WITH THE EVENT GIVING RISE TO SUCH LIABILITY.

*See* Ex. 2, ¶ 12.

22.     Defendant also used all capital letters in its venue provision:

**18. Governing Law**
The laws of the State of New York shall govern these Terms.  YOU HEREBY EXPRESSLY CONSENT TO EXCLUSIVE JURISDICTION AND VENUE IN THE COURTS LOCATED IN NEW YORK COUNTY, NEW YORK FOR ALL MATTERS ARISING IN CONNECTION WITH THESE TERMS AND CONDITIONS OR YOUR ACCESS OR USE OF THE SITE.

*See* Ex. 2, ¶ 18.

23.     Section 5 of the Terms and Conditions is entitled "The Monthly Subscription Contract Between You And Us."  Like all other title headings for all other sections of the Term and Conditions, the title heading for this section is in bold font.

24.     Section 5 of the Terms and Conditions provides:

By purchasing a month to month subscription, you acknowledge that your subscription has an initial and recurring payment feature and you accept responsibility for all recurring charges prior to cancellation.  Your subscription will be automatically extended for successive monthly periods, at the then-current subscription rate.  To cancel your subscription at any time, you must logon to your account or email us and we will do it for you. If you cancel, you may use your subscription until the end of your then-current subscription term.  Birchbox may submit periodic charges (e.g., monthly) without further authorization from you, until you provide prior notice that you have terminated this authorization or wish to change your payment method.  Such notice will not affect charges submitted before Birchbox reasonably could act.

*See* Ex. 2, ¶ 5.

**Defendant's Terms and Conditions Failed to Provide Clear and Conspicuous Disclosures as Required by Law**

25.     Within the Terms and Conditions, Defendant failed to state in clear and conspicuous language, *i.e.*, in larger type than the surrounding text, or in contrasting type, font, or color to the surrounding text of the same size, or set off

from the surrounding text of the same size by symbols or other marks, in a manner that clearly calls attention to the language that:

(i)    The subscription or purchasing agreement will continue until the consumer cancels.

(ii)    Describes the cancellation policy that applies to the offer.

(iii)    Recurring charges that will be charged to the consumer's Payment Method account with a third party as part of the automatic renewal plan or arrangement, and that the amount of the charge may change, if that is the case, and the amount to which the charge will change, if known.

(iv)    The length of the automatic renewal term or that the service is continuous, unless the length of the term is chosen by the consumer.

(v)    There is a minimum purchase obligation, if any.

(Hereinafter "automatic renewal offer and continuous service offer disclosure failures.")

26.    Moreover, the disclosures that Defendant actually makes are contained in a vague and ambiguous document, the Terms and Conditions. These Terms and Conditions are accessible through an inconspicuous hyperlink buried at the bottom of the Birchbox webpage. The font of the hyperlink itself is smaller and lighter in color than the remainder of the website. In addition, the disclosures that are actually provided are hidden in the lengthy, five-page, densely-worded, single-spaced Terms and Conditions. And the disclosures are buried in the middle of the Terms and Conditions itself.

**Defendant Failed to Present the Automatic Renewal Offer Terms or Continuous Service Offer Terms in a Clear and Conspicuous Manner Before the Subscription or Purchasing Agreement was Fulfilled and in Visual Proximity to the Request for Consent to the Offer in Violation of Cal. Bus. & Prof. Code § 17602(a)(1)**

27.    During the Class Period, Defendant made, and continues to make, an automatic renewal offer for its subscriptions plans to consumers in California,

including Plaintiff and Class Members.  In order to purchase a subscription plan from Defendant's website, Plaintiff and Class Members clicked on the "Subscribe" hyperlink on Defendant's main webpage.

28.     The "Subscribe" hyperlink navigated Plaintiff and Class Members to a multi-page enrollment process, the first step of which is and was a webpage titled "Join Birchbox."  This page directed Plaintiff and Class Members to select a subscription plan.  But this page did not and does not contain automatic renewal offer terms or continuous service offer terms as defined in Cal. Bus. Prof. Code § 17601(b).

///

///

///



*See* attached as Exhibit 3 a true and correct copy of the above-shown "Join Birchbox" webpage.

29.     After selecting a subscription plan, Plaintiff and Class Members are navigated to a webpage where they are directed to select a subscription length and click on the "Subscribe Now" hyperlink.  This page did not and does not contain the automatic renewal offer terms or continuous service offer terms as defined in Cal. Bus. Prof. Code § 17601(b).



1  *See* attached as Exhibit 4 a true and correct copy of the above-shown "Select Your

2  Subscription" webpage.

3      30.     The "Subscribe Now" hyperlink navigated Plaintiff and Class

4  Members to a webpage where they are directed to insert their shipping details and

5  click on a "checkout" hyperlink.  This page did not and does not contain the

6  automatic renewal offer terms or continuous service offer terms as defined in Cal.

7  Bus. Prof. Code § 17601(b).

8



9

10

11

12

13

14

15

16

17

18

19

20

21  *See* attached as Exhibit 5 a true and correct copy of the above-shown "Shopping

22  Cart" webpage.

23      31.     Plaintiff and Class Members were next navigated to a webpage

24  where they were and are directed to create an account. This page did not and does

25  not contain the automatic renewal offer terms or continuous service offer terms as

26  defined in Cal. Bus. Prof. Code § 17601(b).

27

28

CLASS ACTION COMPLAINT                                                    15



*See* attached as Exhibit 6 a true and correct copy of the above-shown "Checkout" webpage. After creating a Birchbox account, Plaintiff and Class Members were and are navigated to a webpage where Plaintiff and Class Members are directed to enter their billing information. This page did not and does not contain the automatic renewal offer terms or continuous service offer terms as defined in Cal. Bus. Prof. Code § 17601(b).



*See* attached as Exhibit 7 a true and correct copy of the above-shown "Billing Information" webpage.

       32.     Plaintiff and Class Members were and are navigated to a checkout page, where they are provided with Birchbox's shipping policy.  This page did not and does not contain the automatic renewal offer terms or continuous service offer terms as defined in Cal. Bus. Prof. Code § 17601(b).





*See* attached as Exhibit 8 a true and correct copy of the above-shown "Shipping Information" webpage.

33.     Plaintiff and Class Member were, and are navigated to a webpage on which they are directed to insert their payment method and click on a button labeled "Continue."  This page did not, and does not contain the automatic renewal offer terms or continuous service offer terms as defined in Cal. Bus. Prof. Code   § 17601(b).



*See* attached as Exhibit 9 a true and correct copy of the above-shown "Payment Information" webpage.

34.     Plaintiff and Class Members were and are navigated to a page on where they are directed to review their order and click on the button labeled "Place Order," after which Defendant charged and continues to charge Plaintiff and Class Members' payment method on a monthly basis thereafter.  These pages did not and do not contain the automatic renewal offer terms or continuous service offer terms as defined in Cal. Bus. Prof. Code § 17601(b).

*///*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19



20    *See* attached as Exhibit 10 a true and correct copy of the above-shown "Place

21    Order" webpage.

22          35.       In violation of Cal. Bus. & Prof. Code § 17602(a)(1), Defendant

23    thus made, and continues to make, an automatic renewal or continuous service

24    offer to consumers, including Plaintiff and Class Members in California, yet

25    failed, and continues to fail, to present the automatic renewal offer terms, or

26    continuous service offer terms, in a clear and conspicuous manner and in visual

27    proximity to the request for consent to the offer before the subscription or

28    purchasing agreement was and is fulfilled.

**Defendant Failed to Obtain Affirmative Consent to the Terms and Conditions Containing the Automatic Renewal Offer Terms**

36.     Furthermore, and in addition to the above, throughout the Class Period, after clicking on the "Place Order" hyperlink, Plaintiff's and Class Members' Payment Method were, and are, charged the monthly subscription amount.  Thereafter, Defendant charged, and continues to charge, Plaintiff's and Class Members' Payment Method on a monthly basis, and as such, is an automatic renewal plan within the meaning Cal. Bus. & Prof. Code. § 17601(a). Furthermore, the Birchbox subscription continues until cancelled, and therefore is, and was, a continuous service plan or arrangement as defined by Cal. Bus. & Prof. Code § 17601(e).

37.     As a result of the above (including the automatic renewal offer and continuous service offer disclosure failures referred to above), prior to charging Plaintiff's and Class Members' Payment Method, Defendant failed, and continues to fail, to obtain Plaintiff's and Class Members' affirmative consent to the Terms and Conditions containing the automatic renewal offer terms or continuous service offer terms.  Defendant failed, and continues to fail, to include the Terms and Conditions or provide a hyperlink to the Terms and Conditions on the webpage in which Defendant collected Plaintiff's and Class Members' Payment Method information.

38.     As a result of the above, Defendant violated Cal. Bus. & Prof. Code § 17602(a)(2).  As such, all goods, wares, merchandise, or products, sent to Plaintiff and Class Members under the automatic renewal or continuous service agreement are deemed to be an unconditional gift pursuant to Cal. Bus. & Prof. Code § 17603, and Plaintiff and Class Members may use or dispose of the same in any manner they see fit without any obligation whatsoever on their part to Defendant, including, but not limited to, bearing the cost of, or responsibility for, shipping any goods, wares, merchandise, or products to the business.

**Defendant Failed to Provide an Acknowledgment as Required by Cal. Bus. & Prof. Code § 17602(a)(3)**

39.     Furthermore, and in addition to the above, after Plaintiff and Class Members subscribed to one of Defendant's subscription plans, Defendant sent, and continues to send, Plaintiff and Class Members an email.  But that email failed, and continues to fail, to provide an acknowledgement that includes the automatic renewal or continuous service offer terms, cancellation policy, and information on how to cancel in a manner that is capable of being retained by Plaintiff and Class Members, in violation of Cal. Bus. & Prof. Code § 17602(a)(3).  Moreover, Defendant failed to provide Plaintiff and Class Members with an acknowledgement regarding how to cancel the subscription and allow Plaintiff and Class Members to cancel before payment.

## CLASS ACTION ALLEGATIONS

40.     Plaintiff brings this action, on behalf of herself and all others similarly situated, as a class action pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure.  The proposed Class (the "Class") that Plaintiff seeks to represent is composed of and defined as:

> All persons in California that, during the four years prior to the filing of this Complaint, and continuing through the present, purchased subscriptions from Birchbox, Inc.

41.     This action has been brought and may properly be maintained as a class action because there is a well-defined community of interest in the litigation, the proposed class is easily ascertainable, and Plaintiff is a proper representative of the Class:

a.     <u>Numerosity</u>:  The potential members of the Class as defined are so numerous and so diversely located throughout California that joinder of all the members of the Class is impracticable.  The Class Members are dispersed throughout California.  Joinder of all members of the proposed class is therefore not practicable.

b.     Commonality:  There are questions of law and fact common to the Plaintiff and the Class that predominate over any questions affecting only individual members of the Class.  These common questions of law and fact include, without limitation:

i.     Whether Defendant failed to present the automatic renewal offer terms, or continuous service offer terms, in a clear and conspicuous manner before the subscription or purchasing agreement was fulfilled and in visual proximity to the request for consent to the offer in violation of Cal. Bus. & Prof. Code § 17602(a)(1);

ii.     Whether Defendant charged Plaintiff's and Class Members' Payment Method for an automatic renewal or continuous service without first obtaining the Plaintiff's and Class Members' affirmative consent to the Terms and Conditions containing the automatic renewal offer terms or continuous service offer terms in violation of Cal. Bus. & Prof. Code § 17602(a)(2);

iii.     Whether Defendant failed to provide an acknowledgement that included the automatic renewal or continuous service offer terms, cancellation policy, and information on how to cancel in a manner that is capable of being retained by Plaintiff and Class Members, in violation of Cal. Bus. & Prof. Code § 17602(a)(3);

iv.     Whether Defendant's Terms and Conditions contained the automatic renewal offer terms and/or continuous service offer terms as defined by Cal. Bus. & Prof. Code § 17601;

v.    Whether Cal. Bus. & Prof. Code § 17603 provides for restitution for money paid by Plaintiff and Class Members in circumstances where the goods and services provided by Defendant is deemed an unconditional gift;

vi.    Whether Plaintiff and Class Members are entitled to and/or restitution under Cal. Bus. & Prof. Code §§ 17200-17203;

vii.    Whether Plaintiff and Class Members are entitled to injunctive relief under Cal. Bus. & Prof. Code § 17535;

viii.    Whether Plaintiff and Class Members are entitled to attorneys' fees and costs under California Code of Civil Procedure § 1021.5; and

ix.    The proper formula(s) for calculating and/or restitution owed to Class Members.

c.    <u>Typicality</u>:  Plaintiff's claims are typical of the claims of the Class.  Both Plaintiff and Class Members were deprived of property rightly belonging to them, arising out of and caused by Defendant's common course of conduct in violation of law as alleged herein, in similar ways.

d.    <u>Adequacy of Representation</u>:  Plaintiff is a member of the Class and will fairly and adequately represent and protect the interests of the Class Members.  Plaintiff's interests do not conflict with those of Class Members. Counsel who represent Plaintiff are competent and experienced in litigating large class actions, and will devote sufficient time and resources to the case and otherwise adequately represent the Class.

e.    <u>Superiority of Class Action</u>:  A class action is superior to other available means for the fair and efficient adjudication of this controversy. Individual joinder of all Class Members is not practicable, and questions of law and fact common to the Class predominate over any questions affecting only

individual members of the Class.  Plaintiff and Class Members have suffered losses, or may suffer losses in the future, by reason of Defendant's unlawful policies and/or practices of not complying with Cal. Bus. & Prof. Code §§ 17600-17606.  Certification of this case as a class action will allow those similarly situated persons to litigate their claims in the manner that is most efficient and economical for the parties and the judicial system.  Certifying this case as a class action is superior because it allows for efficient and full restitution to Class Members, and will thereby effectuate California's strong public policy of protecting the California public from violations of its laws.  If this action is not certified as a class action, it will be virtually impossible, as a practical matter, for many or most Class Members to bring individual actions to recover monies due from Defendant due to the relatively small amounts of such individual recoveries relative to the costs and burdens of litigation.

## **FIRST CAUSE OF ACTION**

**FAILURE TO PRESENT THE AUTOMATIC RENEWAL OFFER TERMS OR CONTINUOUS SERVICE OFFER TERMS CLEARLY AND CONSPICUOUSLY AND IN VISUAL PROXIMITY TO THE REQUEST FOR CONSENT OFFER**
**(CAL. BUS. & PROF. CODE § 17602(a)(1))**

42.     The allegations of Paragraphs 1 through 41 are realleged and incorporated herein by reference, and Plaintiff alleges this cause of action on behalf of herself and the above-described class of similarly situated Class Members.

43.     Cal. Bus. Prof. Code § 17602(a)(1) provides:

(a) It shall be unlawful for any business making an automatic renewal or continuous service offer to a consumer in this state to do any of the following:

(1) Fail to present the automatic renewal offer terms or continuous service offer terms in a clear and conspicuous manner before the subscription or purchasing agreement is fulfilled and in visual proximity, or in the case of an offer conveyed by voice, in temporal proximity, to the request for consent to the offer.

44.     Defendant failed to present the automatic renewal offer terms, or continuous service offer terms, in a clear and conspicuous manner and in visual proximity to the request for consent to the offer before the subscription or purchasing agreement was fulfilled.

45.     As a result of Defendant's violations of Cal. Bus. & Prof. Code § 17602(a)(1), Defendant is subject under Cal. Bus. & Prof. Code § 17604 to all civil remedies that apply to a violation of Article 9, of Chapter 1, of Part 3, of Division 7 of the Cal. Bus. & Prof. Code.

46.     Plaintiff, on behalf of herself and Class Members, request relief as described below.

## SECOND CAUSE OF ACTION

**FAILURE TO OBTAIN THE CONSUMER'S AFFIRMATIVE CONSENT BEFORE THE SUBSCRIPTION IS FULFILLED**
**(CAL. BUS. & PROF. CODE §§ 17602(a)(2) and 17603)**

47.     The allegations of Paragraphs 1 through 46 are realleged and incorporated herein by reference, and Plaintiff alleges this cause of action on behalf of herself and the above-described class of similarly situated Class Members.

48.     Cal. Bus. & Prof. Code § 17602(a)(2) provides:

(a) It shall be unlawful for any business making an automatic renewal or continuous service offer to a consumer in this state to do any of the following:

...

(2) Charge the consumer's credit or debit card or the consumer's account with a third party for an automatic renewal or continuous service without first obtaining the consumer's affirmative consent to the agreement containing the automatic renewal offer terms or continuous service offer terms.

49.     Defendant charged, and continues to charge, Plaintiff's and Class Members' Payment Method for an automatic renewal or continuous service without first obtaining Plaintiff's and Class Members' affirmative consent to the

Terms and Conditions containing the automatic renewal offer terms or continuous service offer terms.

50.     As a result of Defendant's violations of Cal. Bus. & Prof. Code § 17602(a)(2), Defendant is liable to provide restitution to Plaintiff and Class Members under Cal. Bus. & Prof. Code § 17603.

51.     Plaintiff, on behalf of herself and Class Members, requests relief as described below.

### THIRD CAUSE OF ACTION

**FAILURE TO PROVIDE ACKNOWLEDGMENT WITH AUTOMATIC RENEWAL TERMS AND INFORMATION REGARDING CANCELLATION POLICY
(CAL. BUS. & PROF. CODE § 17602(a)(3))**

52.     The allegations of Paragraphs 1 through 51 are realleged and incorporated herein by reference, and Plaintiff alleges this cause of action on behalf of herself and the above-described class of similarly-situated Class Members.

53.     Cal. Bus.& Prof. Code § 17602(a)(3) provides:

(a) It shall be unlawful for any business making an automatic renewal or continuous service offer to a consumer in this state to do any of the following:

...

(3) Fail to provide an acknowledgment that includes the automatic renewal or continuous service offer terms, cancellation policy, and information regarding how to cancel in a manner that is capable of being retained by the consumer. If the offer includes a free trial, the business shall also disclose in the acknowledgment how to cancel and allow the consumer to cancel before the consumer pays for the goods or services.

54.     Defendant failed to provide an acknowledgement that includes the automatic renewal or continuous service offer terms, cancellation policy, and information on how to cancel in a manner that is capable of being retained by Plaintiff and Class Members.

55.      As a result of Defendant's violations of Cal. Bus. & Prof. Code § 17602(a)(3), Defendant is subject under Cal. Bus. & Prof. Code § 17604 to all civil remedies that apply to a violation of Article 9, of Chapter 1 of Part 3, of Division 7 of the Cal. Bus. & Prof. Code.

56.      Plaintiff, on behalf of herself and Class Members, requests relief as described below.

### FOURTH CAUSE OF ACTION

### UNFAIR COMPETITION LAW VIOLATIONS
**(CAL. BUS. & PROF. CODE § 17200 *et. seq.*)**

57.      The allegations of Paragraphs 1 through 56 are realleged and incorporated herein by reference, and Plaintiff alleges this cause of action on behalf of herself and the above-described class of similarly-situated Class Members.

58.      Cal. Bus. & Prof. Code § 17200, *et seq.* (the "UCL") prohibits unfair competition in the form of any unlawful, unfair, or fraudulent business act or practice.  Cal. Bus. & Prof. Code § 17204 allows "a person who has suffered injury in fact and has lost money or property" to prosecute a civil action for violation of the UCL.  Such a person may bring such an action on behalf of herself or herself and others similarly situated who are affected by the unlawful, unfair, or fraudulent business practice.

59.      Since at least four years prior to the filing of this complaint, and continuing to the present, Defendant has committed unlawful, unfair, and/or fraudulent business acts and practices as defined by the UCL, by violating Cal. Bus. & Prof. Code §§ 17602(a)(1), (2), and (3).

60.      As a direct and proximate result of Defendant's unlawful, unfair, and/or fraudulent acts and practices described herein, Defendant has received, and continues to hold, unlawfully obtained property and money belonging to Plaintiff and Class Members in the form of payments made for subscription agreements by

Plaintiff and Class Members.  Defendant has profited from its unlawful, unfair, and/or fraudulent acts and practices in the amount of those business expenses and interest accrued thereon.

61.      Plaintiff and similarly situated Class Members are entitled to restitution pursuant to Cal. Bus. & Prof. Code §§ 17203 and 17208 for all monies paid by Class Members under the subscription agreements from four years prior to the filing of this complaint to the date of such restitution, at rates specified by law. Defendant should be required to disgorge all the profits and gains it has reaped and restore such profits and gains to Plaintiff and Class Members, from whom they were unlawfully taken.

62.      Plaintiff and similarly situated Class Members are entitled to enforce all applicable penalty provisions pursuant to Cal. Bus. & Prof. Code § 17202.

63.      Plaintiff has assumed the responsibility of enforcement of the laws and public policies specified herein by suing on behalf of herself and other similarly situated Class Members.  Plaintiff's success in this action will enforce important rights affecting the public interest.  Plaintiff will incur a financial burden in pursuing this action in the public interest.  An award of reasonable attorneys' fees to Plaintiff is thus appropriate pursuant to California Code of Civil Procedure § 1021.5.

64.      Plaintiff, on behalf of herself and Class Members, request relief as described below.

# **FIFTH CAUSE OF ACTION**

## **INJUNCTIVE RELIEF AND RESTITUTION**
### **(CAL. BUS. & PROF. CODE § 17535)**

65.    The allegations of Paragraphs 1 through 64 are realleged and incorporated herein by reference, and Plaintiff alleges this cause of action on behalf of herself and the above-described class of similarly-situated Class Members.

66.    Cal. Bus. & Prof. Code § 17535 allows "any person who has suffered injury in fact and has lost money or property" to prosecute a civil action for violation of the UCL.  Such a person may bring such an action on behalf of herself or herself and others similarly situated who are affected by the unlawful, unfair, or fraudulent business practice.

67.    Since four years prior to the filing of this complaint, and continuing to the present, Defendant has committed unlawful, unfair, and/or fraudulent business acts and practices as defined by the UCL, by violating Cal. Bus. & Prof. Code § 17602.

68.    As a direct and proximate result of Defendant's unlawful, unfair, and/or fraudulent acts and practices described herein, Defendant has received and continues to hold unlawfully obtained property and money belonging to Plaintiff and Class Members in the form of payments made for a paid subscription to Defendant's protection plans by Plaintiff and Class Members.  Defendant has profited from its unlawful, unfair, and/or fraudulent acts and practices in the amount of those business expenses and interest accrued thereon.

69.    Plaintiff and similarly situated Class Members are entitled to injunctive relief and/or restitution pursuant to Cal. Bus. & Prof. Code § 17535 for all monies paid by Class Members under the subscription agreements from four years prior to the filing of this complaint to the date of such restitution, at rates specified by law.  Defendant should be required to disgorge all the profits and

1  gains it has reaped and restore such profits and gains to Plaintiff and Class

2  Members, from whom they were unlawfully taken.

3      70.      Plaintiff and similarly situated Class Members are entitled to

4  enforce all applicable penalty provisions pursuant to Cal. Bus. & Prof. Code

5  § 17202.

6      71.      Plaintiff has assumed the responsibility of enforcement of the laws

7  and public policies specified herein by suing on behalf of herself and other

8  similarly situated Class Members.  Plaintiff's success in this action will enforce

9  important rights affecting the public interest.  Plaintiff will incur a financial

10  burden in pursuing this action in the public interest.  Therefore, an award of

11  reasonable attorneys' fees to Plaintiff is appropriate pursuant to California Code

12  of Civil Procedure §1021.5.

13      72.      Plaintiff, on behalf of herself and similarly situated Class

14  Members, request relief as described below.

## **PRAYER FOR RELIEF**

16      WHEREFORE, Plaintiff requests the following relief:

17      A.      That the Court determine that this action may be maintained as a

18  class action under Federal Rule of Civil Procedure 23, and define the Class as

19  requested herein;

20      B.      That the Court find and declare that Defendant has violated Cal. Bus.

21  & Prof. Code § 17602(a)(1) by failing to present the automatic renewal offer

22  terms, or continuous service offer terms, in a clear and conspicuous manner and in

23  visual proximity to the request for consent to the offer before the subscription or

24  purchasing agreement was fulfilled;

25      C.      That the Court find and declare that Defendant has violated Cal. Bus.

26  & Prof. Code § 17602(a)(2) by charging Plaintiff's and Class Members' Payment

27  Method without first obtaining their affirmative consent to the Terms and

28

1  Conditions containing the automatic renewal offer terms or continuous service

2  terms;

3      D.     That the Court find and declare that Defendant has violated Cal. Bus.

4  & Prof. Code § 17602(a)(3) by failing to provide an acknowledgement that

5  includes the automatic renewal or continuous service offer terms, cancellation

6  policy, and information on how to cancel in a manner that is capable of being

7  retained by Plaintiff and Class Members;

8      E.     That the Court find and declare that Defendant has violated the UCL

9  and committed unfair and unlawful business practices by violating Cal. Bus. &

10  Prof. Code § 17602;

11      F.     That the Court award to Plaintiff and Class Members damages and

12  full restitution in the amount of the subscription payments made by them pursuant

13  to Cal. Bus. & Prof. Code § 17603, in an amount to be proved at trial;

14      G.     That Defendant be ordered to pay restitution to Plaintiff and the Class

15  due to Defendant's UCL violations, pursuant to Cal. Bus. & Prof. Code §§ 17200-

16  17205 in the amount of their subscription agreement payments;

17      H.     That the Court find that Plaintiff and Class Members are entitled to

18  injunctive relief pursuant to Cal. Bus. & Prof. Code § 17535;

19      I.     That Plaintiff and the Class be awarded reasonable attorneys' fees

20  and costs pursuant to California Code of Civil Procedure § 1021.5, and/or other

21  applicable law; and

22      J.     That the Court award such other and further relief as this Court may

23  deem appropriate.

24

25

26

27

28

CLASS ACTION COMPLAINT                                                    32

1

## **DEMAND FOR JURY TRIAL**

2      Plaintiff, on behalf of herself and the Class Members, hereby demands a

3   jury trial on all causes of action and claims with respect to which they have a right

4   to jury trial.

5   Dated: March 4, 2015                    Respectfully submitted,

6                                           **BERMAN DeVALERIO**

7

8                                           By:  _/s/ Todd A. Seaver_____
                                                 Todd A. Seaver

9                                           Victor S. Elias
10                                          One California St., Suite 900
                                            San Francisco, CA  94111
11                                          Telephone:  (415) 433-3200
                                            Facsimile:  (415) 433-6382
12                                          tseaver@bermandevalerio.com
                                            velias@bermandevalerio.com
13
                                            Julian Hammond
14                                          **HAMMOND LAW, PC**
                                            1829 Reisterstown Rd., Suite 410
15                                          Baltimore, MD 21208
                                            Telephone:  (310) 601-6766
16                                          Facsimile:   (310) 295-2385
                                            Hammond.julian@gmail.com
17
                                            *Attorneys for Plaintiff and the Putative*
18                                          *Class*

19

20

21

22

23

24

25

26

27

28

1

## <u>LIST OF EXHIBITS</u>

2

<u>EXHIBIT</u>                                                                                    <u>PAGE</u>

3     1       Birchbox.com Website, Homepage ....................................................... 34

4     2       Birchbox Terms and Conditions ........................................................... 36

5     3       Birchbox.com Website, Join Birchbox page......................................... 41

6     4       Birchbox.com Website, Select Your Subscription page ....................... 42

7     5       Birchbox.com Website, Shopping Cart page ....................................... 43

8     6       Birchbox.com Website, Checkout page ................................................ 44

9     7       Birchbox.com Website, Billing Information page ................................ 45

10    8       Birchbox.com Website, Shipping Information page............................. 46

11    9       Birchbox.com Website, Payment Information page ............................ 47

12    10     Birchbox.com Website, Place Order page ........................................... 48

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 1**



## THE MONTHLY BOX

Get monthly deliveries of deluxe beauty, grooming, and lifestyle samples, tailored to your profile. Try cult brands, up-and-coming lines, and everything in between.



**SUBSCRIBE WOMEN'S**          **SUBSCRIBE MEN'S**

Check out this month's buzz          Check out this month's buzz

## THE BIRCHBOX SHOP

Stock up on the best products, including customer favorites, exclusive launches—and of course everything in your monthly Birchboxes.



**SHOP WOMEN'S**          **SHOP MEN'S**

## IDEAS & INSPIRATION

Dive into our original content, from product intel and how-to tutorials to trend stories and more.

Ex. 1
34

1/2



How Many Products Does it Take to Get the No-Makeup Look?

8 Easy Ways to Hack Your Shave

READ THE MAGAZINE

READ THE GUIDE



## CATCH US ON THE SMALL SCREEN?

We're thrilled to debut our first TV commercial. Take a look—and if you like what you see, you can shop all the products and looks right here.

SHOP THE LOOKS



PEOPLE ARE TALKING ABOUT US

"Birchbox [is] revolutionizing how you shop -- and helps you discover your favorite quality beauty [& grooming] products by delivering samples right to your door."

- Entrepreneur

ABOUT
BRANDS
MOBILE APPS

CAREERS
PRESS
CONTACT

RECEIVED A GIFT?
BLOG

REFER FRIENDS, EARN POINTS!
Earn 50 Birchbox points for every friend that purchases a subscription.

INVITE FRIENDS

USA ▾   TERMS   PRIVACY   MADE IN NYC   © 2013 BIRCHBOX

**EXHIBIT 2**

FREE STANDARD SHIPPING ON ORDERS $50

(/)   SHOP ▾   MAGAZINE ▾   BOX ▾   GIFT (/SHOP/GIFT)

Search    Women ▾   🔍

SUBSCRIBE (/SHOP/JOIN?REF=MAIN-NAV)

**ABOUT**

What is Birchbox? (/about/birchbox)

Meet the Team (/about/team)

**CAREERS**

Life @ Birchbox (/about/careers)

Tech (/about/tech)

Openings (/about/openings)

Press (/about/press)

FAQ (/about/faq)

Contact Us (/about/contact-us)

Terms (/about/terms-conditions)

Rewards (/about/reward-points-terms)

Privacy (/about/privacy-policy)

CHOOSE AN ADDITIONAL SAMPLE — PICK FROM 2 OF OUR SUMMER FAVORITES. SUBSCRIBE NOW ›

(/shop/join)

# Terms and Conditions

Welcome to www.birchbox.com (the "Site"). This Site is maintained and operated by Birchbox Inc. ("Birchbox" or "Company").

By accessing, browsing or using this Site, you acknowledge that you have read, understood and agreed to be bound by these Terms of Use (these "Terms"). If you do not agree to these Terms, you should not use or access this Site. Birchbox reserves the right to revise these Terms at any time by updating this posting. You are encouraged to review these Terms each time you use the Site because your use of the Site after the posting of changes will constitute your acceptance of these changes. By agreeing to these Terms it also constitutes your agreement to the Rewards Points Terms and Conditions (/about/reward-points-terms), and the Site Privacy Policy (/about/privacy-policy), which are incorporated herein.

BY ACCESSING OR USING ANY PART OF THE SITE, YOU ACCEPT, WITHOUT LIMITATION OR QUALIFICATION, THESE TERMS. IF YOU DO NOT AGREE WITH ALL OF THE TERMS SET FORTH BELOW, YOU MAY NOT USE ANY PORTION OF THE SITE. PRICE INFORMATION FOUND ON THIS SITE IS SUBJECT TO CHANGE WITHOUT NOTICE. BIRCHBOX RESERVES THE RIGHT TO CHANGE THESE TERMS & CONDITIONS OF USE AT ANY TIME WITHOUT NOTICE.

We grant you a personal, limited, non-transferable non-exclusive, license to access and use the Site. We reserve the right, in our sole discretion and without notice to you, to revise the products and services available on the Site and to change, suspend or discontinue any aspect of the Site and we will not be liable to you or to any third party for doing so. We may also impose rules for and limits on use of the Site or restrict your access to part, or all, of the Site without notice or penalty. Your continued use of the Site will constitute your acceptance of any such changes.

## 1. Use of the Site

You may use the Site only for your own noncommercial personal use and in compliance with these Terms. You are responsible for your own communications, including the transmission, uploading or posting of information and are responsible for the consequences of such communications to the Site. Any other use of the Site requires the prior written consent of Birchbox. You may not otherwise copy, modify, or distribute the contents of this Site without the express written permission of Birchbox. You may not modify, publish, transmit, participate in the transfer or sell, create derivative works from, or in any way exploit, any of the content, in whole or in part, found on the Site.

We require all Members to agree not to use the Site, and specifically prohibit any use of the Site, for any of the following purposes:

- Posting, communicating or transmitting any material that infringes on any intellectual property, publicity or privacy right of another person or entity
- Posting any information which is untrue, inaccurate or not your own
- Engaging in conduct that would constitute a criminal offense or give rise to civil liability or otherwise violate any law or regulation
- Attempting to interfere in any way with the Site's or Birchbox's network security, or attempting to use the Site's service to gain unauthorized access to any other computer system

You may not use spiders, robots, data mining techniques or other automated devices or programs to catalog, download or otherwise reproduce, store or distribute content available on the Site. Further, you may not use any such automated means to manipulate the Site, such as automating what are otherwise

Ex. 2
36

material terms of these Terms or otherwise interfere with any other user's use of the Site, including, without limitation, via means of overloading, "flooding", "mailbombing" or "crashing" the Site, circumventing security or user authentication measures or attempting to exceed the limited authorization and access granted to you under these Terms. You may not frame portions of the Site within another web site. You may not resell use of, or access to, the Site to any third party without our prior written consent.

## 2. Registration and Passwords

In order to access certain services on the Site, you will be required to provide specific information. All information about you must be truthful, and you may not use any aliases or other means to mask your true identity. Any access codes or passwords provided should be safeguarded at all times. You are responsible for the security of your access codes and passwords and will be solely liable for any use or unauthorized use under such access codes or passwords. We may suspend or terminate your access at any time with or without notice. To understand how we use information collected from you, please read our Privacy Policy.

## 3. Additional Terms and Conditions

You agree that additional terms and conditions may apply to specific products, orders or your use of certain portions of the Site, including with respect to ordering, shipping and return policies, review guidelines and membership reward programs (Rewards T&Cs Link) ("Additional Terms"), which Additional Terms are made part of these Terms by reference. If there is a conflict between these Terms and the Additional Terms, the Additional Terms shall control.

## 4. Membership

The Site is available to registered users who are 13 years and older and who have not been suspended or removed by Birchbox for any reason (a "Member"). We reserve the right to revoke your membership for any reason at any time including as a result of a violation of these Terms of the Privacy Policy, without notice. Membership is void where prohibited by law.

## 5. The Monthly Subscription Contract Between You And Us

By purchasing a month to month subscription, you acknowledge that your subscription has an initial and recurring payment feature and you accept responsibility for all recurring charges prior to cancellation. Your subscription will be automatically extended for successive monthly periods, at the then-current subscription rate. To cancel your subscription at any time, you must logon to your account or email us and we will do it for you. If you cancel, you may use your subscription until the end of your then-current subscription term. Birchbox may submit periodic charges (e.g., monthly) without further authorization from you, until you provide prior notice that you have terminated this authorization or wish to change your payment method. Such notice will not affect charges submitted before Birchbox reasonably could act.

For multiple month subscriptions (3, 6, & 12 months), your subscription will not be renewed after your then-current term expires. If you cancel your subscription, you will not be eligible for a prorated refund of any portion of the subscription fee paid for the then-current subscription period. We reserve the right to revoke your subscription at any time as a result of a violation of these Terms or the Privacy Policy. Membership is void where prohibited by law.

## 6. Product Information; Limitation on Quantities

Excluding any content which may be submitted by Members from time to time, we strive to ensure that the information on the Site is complete and reliable. Certain information may contain pricing errors, typographical errors and other errors or inaccuracies which we may correct without liability. We also reserve the right to limit quantities purchased by Members and to revise, suspend, or terminate an event or promotion at any time without notice (including after an order has been submitted and/or acknowledged). We do not guarantee that all products described on our Site will be available.

## 7. Proprietary Rights

Birchbox's webpage and agreement the content (as well as their arrangement and the selection of members), materials, text, images, videos, graphics, trademarks, logos, button icons, music, software and other elements available on the Site are the property of Birchbox or our licensors and are protected by copyright, trademark and/or other proprietary rights and laws. You agree not to sell, license, rent, distribute, copy, reproduce, transmit, publicly display, publicly perform, publish, adapt, edit, modify or create derivative works from any content or materials on the Site. Birchbox and the Birchbox logo are registered trademarks, and Discover Beauty Better is a trademark, of Birchbox, Inc. All other trademarks are the property of their respective owners. All of our Site's content is Copyright 2012 Birch box, Inc. All rights reserved. **Except as expressly set forth in these Terms, no license is granted to you and no rights are conveyed by virtue of accessing or using the Site. All rights not granted under these Terms are reserved by Birchbox.**

## 8. Submitted Content

By submitting or posting any materials or content on the Site, you grant Birchbox a perpetual, irrevocable, non-terminable, worldwide, royalty-free and non-exclusive license to use, copy, distribute, publicly display, modify, create derivative works, and sublicense such materials or any part of such materials. You hereby represent, warrant and covenant that any materials you provide do not include anything (including, but not limited to, text, images, music or video) to which you do not have the full right to grant Birchbox the license specified above. You further represent, warrant and covenant that any materials you provide will not contain libelous or otherwise unlawful, abusive or obscene material. Birchbox will be entitled to use any content submitted by you without incurring obligations of confidentiality, attribution or compensation to you.

## 9. Disclaimers

You assume all responsibility and risk with respect to your use of the Site. THE SITE, AND ALL CONTENT, MERCHANDISE, AND OTHER INFORMATION ON OR ACCESSIBLE FROM OR THROUGH THIS SITE OR A "LINKED" SITE ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, SECURITY OR ACCURACY. SPECIFICALLY, BUT WITHOUT LIMITATION, BIRCHBOX DOES NOT WARRANT THAT: (1) THE INFORMATION ON THIS SITE IS CORRECT, ACCURATE OR RELIABLE; (2) THE FUNCTIONS CONTAINED ON THIS SITE WILL BE UNINTERRUPTED OR ERROR-FREE; OR (3) DEFECTS WILL BE CORRECTED, OR THAT THIS SITE OR THE SERVER THAT MAKES IT AVAILABLE IS FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. Birchbox makes no warranties of any kind regarding any non-Birchbox sites to which you may be directed or hyperlinked from this Site. Hyperlinks are included solely for your convenience, and Birchbox makes no representations or warranties with regard to the accuracy, availability, suitability or safety of information provided in such non-Birchbox sites. Birchbox does not endorse, warrant or guarantee any products or services offered or provided by or on behalf of third parties on the Site.

## 10. Taxes

Your total price will include the price of the product plus any applicable sales tax; such state and local sales tax is based on the shipping address and the sales tax rate in effect at the time you purchase the product. We will charge tax only in states where the goods sold over the internet is taxable.

## 11. Indemnification

You agree to indemnify, hold harmless, and defend Birchbox, its parent, subsidiaries, divisions, and affiliates, and their respective officers, directors, employees, agents and affiliates from any and all claims, liabilities, damages, costs and expenses of defense, including attorneys' fees, in any way arising from or related to your use of the Site, your violation of these Terms or the Privacy Policy, content posted to the Site by you, or your violation of any law or the rights of a third party.

## 12. Limitation of Liability

IN NO EVENT SHALL BIRCHBOX, ITS PARENT COMPANY, SUBSIDIARIES, AFFLIATES OR ANY OF THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, SUCCESSORS, SUBSIDIARIES, SUPPLIERS, AFFILIATES, OR THIRD PARTIES PROVIDING INFORMATION ON THIS SITE BE LIABLE TO ANY USER OF THE

SPECIAL, INCIDENTAL, PUNITIVE, CONSEQUENTIAL OR EXEMPLARY DAMAGES (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, LOSS OF DATA, OR LOSS OF USE) ARISING OUT OF THE USE OR INABILITY TO USE THE SITE, WHETHER BASED UPON WARRANTY, CONTRACT, TORT, OR OTHERWISE, EVEN IF BIRCHBOX HAS BEEN ADVISED OF OR SHOULD HAVE KNOWN OF THE POSSIBILITY OF SUCH DAMAGES OR LOSSES. IN NO EVENT SHALL THE TOTAL LIABILITY OF BIRCHBOX, ITS AFFILIATES OR ANY OF THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, SUCCESSORS, SUBSIDIARIES, SUPPLIERS, AFFILIATES OR THIRD PARTIES PROVIDING INFORMATION ON THIS SITE TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION RESULTING FROM YOUR USE OF THIS SITE, WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE) OR OTHERWISE, EXCEED THE AMOUNT YOU PAID TO BIRCHBOX IN CONNECTION WITH THE EVENT GIVING RISE TO SUCH LIABILITY. You hereby acknowledge that the preceding paragraph shall apply to all content, merchandise and services available through the Site. Because some states do not allow limitations on implied warranties or the exclusion or limitation of certain damages, all of the above disclaimers or exclusions may not apply to all users.

## 13. International Use

We control and operate the Site from the United States. We make no representation that materials on the Site are appropriate or available for use outside the United States. If you choose to access this Site from outside the United States, you do so at your own initiative and are responsible for compliance with local laws, if and to the extent local laws are applicable.

## 14. Risk of Loss

Any merchandise purchased from our Site will be shipped by a third party carrier. As a result, title and risk of loss for such merchandise will pass to you upon our delivery to the carrier.

## 15. Copyright Infringement; Notice and Take Down Procedures

Birchbox specifically prohibits the posting of any content that violates or infringes the copyright rights and/or other intellectual property rights (including rights of privacy and publicity) of any person or entity. If you believe that any material contained on this Site infringes your copyright or other intellectual property rights, you should notify us of your copyright infringement claim in accordance with the following procedure. Birchbox will process notices of alleged infringement which it receives and will take appropriate action as required by the Digital Millennium Copyright Act ("DMCA"). The DMCA requires that notifications of claimed copyright infringement should be sent to the following address:

Birchbox Inc.
230 Park Avenue South
12th Floor
New York, NY 10003

Telephone: (877) 487-7272

To be effective, the notification must be in writing and contain the following information (DMCA, 17 U.S.C. §512(c)(3)):

- Physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;
- Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site;
- Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit the service provider to locate the material;
- Information reasonably sufficient to permit the service provider to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted;

Ex. 2
39

- A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

To contact us with any questions or concerns in connection with these Terms or the Site, or to provide any notice under these Terms, please contact us.

## 16. Severability

If any part of these Terms shall be held or declared to be invalid or unenforceable for any reason by any court of competent jurisdiction, such provision shall be ineffective but shall not affect any other part of these Terms, and in such event, such provision shall be changed and interpreted so as to best accomplish the objectives of such unenforceable or invalid provision within the limits of applicable law or applicable court decisions.

## 17. Waiver; Remedies

The failure of Birchbox to partially or fully exercise any rights or the waiver of Birchbox of any breach of these Terms and Conditions by you shall not prevent a subsequent exercise of such right by Birchbox or be deemed a waiver by Birchbox of any subsequent breach by you of the same or any other term of these Terms. The rights and remedies of Birchbox under these Terms and any other applicable agreement between you and Birchbox shall be cumulative, and the exercise of any such right or remedy shall not limit Birchbox's right to exercise any other right or remedy.

## 18. Governing Law

The laws of the State of New York shall govern these Terms. YOU HEREBY EXPRESSLY CONSENT TO EXCLUSIVE JURISDICTION AND VENUE IN THE COURTS LOCATED IN NEW YORK COUNTY, NEW YORK FOR ALL MATTERS ARISING IN CONNECTION WITH THESE TERMS AND CONDITIONS OR YOUR ACCESS OR USE OF THE SITE.

**Questions:** Should you have any questions regarding these Terms you may contact us at info@birchbox.com (mailto:info@birchbox.com).

ABOUT (/ABOUT) CAREERS (/ABOUT/CAREERS) RECEIVED A GIFT? **REFER FRIENDS, EARN POINTS!**

BRANDS (/SHOP/BRANDS) PRESS (/ABOUT/PRESS) (/GIFT/CLAIM) Earn 50 Birchbox points for every friend that purchases a subscription.

MOBILE APPS (/MOBILE) CONTACT BLOG

(/ABOUT/CONTACT-US) (HTTP://BLOG.BIRCHBOX.COM/)

INVITE FRIENDS (/SHOP/REFERRAL/INDEX?REF=FOOTER)

Like and 1,081,395 others like this

USA TERMS (/ABOUT/TERMS-CONDITIONS) PRIVACY (/ABOUT/PRIVACY-POLICY) MADE IN NYC (HTTP://NYTM.ORG/MADE/)

© 2013 BIRCHBOX

Ex. 2
40

**EXHIBIT 3**



# JOIN BIRCHBOX

Birchbox delivers high-end beauty, grooming, and lifestyle samples once a month, customized just for you.







**EXHIBIT 4**







# JOIN BIRCHBOX

Birchbox delivers high-end beauty, grooming, and lifestyle samples once a month, customized just for you.

## Select Your Subscription

**Women's Subscription**
$10/month

- Monthly for $10/month
- Yearly for $110/year

**Men's Subscription**
$20/month

**SUBSCRIBE NOW**

### Limited Time Offers

**WOMEN'S SUBSCRIPTION OFFER**

Subscribe to Birchbox today and pick an extra sample to add to your first box.
Choose from one of two of our favorite summery picks!

 **Whish Shave Crave Shaving Cream in Grapefruit**
CODE: SUMMERSHAVE

or

 **Cynthia Rowley Beauty Creamy Lip Stain in Nude**
CODE: SUMMERLIP

*Additional sample choice is available for women's monthly reticulate subscriptions and women's yearly subscriptions. Available through June 23, 2014 11:59 p.m. or while supplies last.

**MEN'S SUBSCRIPTION BONUS**

 Included with your Birchbox Man subscription is a one year subscription to **Details** magazine ($10 value).*

**Use code DETAILSGIFT** at checkout.

*Use promo code DETAILSGIFT to get your one-year subscription to DETAILS Magazine with your purchase of a monthly reticulate or yearly Birchbox Man subscription. Simply enter the code and we'll take care of the rest. We'll share your name and address with DETAILS Magazine and your first issue will be delivered in 4-6 weeks. Click here for offer and refund details.

## Lift the Lid on This Month's Box
### See What Some Subscribers Sampled

| Women's Box | Men's Box |



Kérastase Cristalliste Balm Cristal Thick - Cleanse
★★★★☆ (200)
$38.00

Kérastase Lait Cristal Conditioner - Treat
★★★☆☆ (276)
$41.00 SHIPS FREE

**EXCLUSIVE** Whish Shave Crave Shaving Cream
★★★★☆ (13,609)
$20.00

**EXCLUSIVE** Cynthia Rowley Beauty Eyeliner
★★★★☆ (10,467)
$16.00 SHIPS FREE
More Options Available

Pixi Beauty Shea Butter Lip Balm
★★★★☆ (11,135)
$8.00
More Options Available

Caudalie Polyphenol C15 Overnight Detox Oil
★★★☆☆ (1,374)
$52.00 SHIPS FREE

Ex. 4
42



ABOUT          CAREERS          RECEIVED A GIFT?     REFER FRIENDS, EARN POINTS!
BRANDS         PRESS            BLOG                 Earn 50 Birchbox points for every friend that purchases a subscription.
MOBILE APPS    CONTACT                               **INVITE FRIENDS**

**EXHIBIT 5**



**EXHIBIT 6**





**EXHIBIT 7**



**EXHIBIT 8**





**EXHIBIT 9**





**EXHIBIT 10**



