1   Julian Hammond (SBN 268489)
2   **HAMMOND LAW, PC**
    1829 Reisterstown Rd., Suite 410
3   Baltimore, MD 21208
    Telephone: (310) 601-6766
4   Facsimile: (310) 295-2385
5   jhammond@hammondlawpc.com

6   [*Additional Counsel on Sig. Page*]

7   *Plaintiffs' Interim Co-Lead Class Counsel*
8

9                **UNITED STATES DISTRICT COURT**

10             **SOUTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| TRACY DAVIS, individually and on behalf of all others similarly situated, | Lead Case No. 3:15-cv-00498-BEN-BGS |
| Plaintiff, | Case Consolidated with: 3:15-CV-00214-BEN-BGS |
| vs. | |
| BIRCHBOX, INC., a New York Corporation, | THIS DOCUMENT RELATES TO: ALL CASES |
| Defendant. | **CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR:** |
| TIFFANY LAPUEBLA, individually and on behalf of all others similarly situated, | **(1) VIOLATION OF CALIFORNIA'S AUTOMATIC RENEWAL LAW (CAL. BUS. PROF. CODE §§ 17600-17604);** |
| Plaintiff, | **(2) UCL VIOLATIONS (CAL. BUS. & PROF. CODE §§ 17200-17204); AND** |
| vs. | |
| BIRCHBOX, INC., a New York Corporation, | **(3) INJUNCTIVE RELIEF AND RESTITUTION (CAL. BUS. & PROF. CODE § 17535)** |
| Defendant | **DEMAND FOR JURY TRIAL** |

CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Plaintiffs Tracy Davis and Tiffany Lapuebla ("Plaintiffs"), on behalf of themselves and all others similarly situated, complain and allege as follows:

## OVERVIEW OF CLAIMS

1. Plaintiffs brings this class action under Federal Rule of Civil Procedure 23 on behalf of themselves and a class of others similarly situated consisting of all persons in California ("Class Members") that, since at least four years prior to the filing of this action, and continuing through the present (the "Class Period"), purchased subscriptions for the monthly delivery of make-up and personal care products from Defendant Birchbox, Inc. ("Birchbox" or "Defendant").The claims for damages, restitution, injunctive and/or other equitable relief, and reasonable attorneys' fees and costs under California Business and Professions Code (hereinafter "Cal. Bus. & Prof. Code") §§ 17602, 17603, 17604, 17535, and 17200, *et seq*., and California Code of Civil Procedure § 1021.5.  Plaintiffs and Class Members are consumers for purposes of Cal. Bus. & Prof. Code §§ 17600-17606.

2. During the Class Period, Defendant made numerous automatic renewal or continuous service offers to consumers in and throughout California and (a) at the time of making the automatic renewal or continuous service offers, failed to present the automatic renewal offer terms, or continuous service offer terms, in a clear and conspicuous manner and in visual proximity to the request for consent to the offer before the subscription or purchasing agreement was fulfilled in violation of Cal. Bus. & Prof. Code § 17602(a)(1); (b) charged Plaintiffs' and Class Members' credit or debit cards, or third-party account (hereinafter "Payment Method"), without first obtaining Plaintiffs' and Class Members' affirmative consent to the agreement containing the automatic renewal offer terms or continuous service offer terms in violation of Cal. Bus. & Prof. Code § 17602(a)(2); and (c) failed to provide an acknowledgment that includes the automatic renewal or continuous service offer terms, cancellation policy, and

1   information regarding how to cancel in a manner that is capable of being retained

2   by the consumer in violation of Cal. Bus. & Prof. Code § 17602(a)(3).  As a

3   result, all goods, wares, merchandise, or products sent to Plaintiffs and Class

4   Members under the automatic renewal or continuous service agreements are

5   deemed to be an unconditional gift pursuant to Cal. Bus. & Prof. Code § 17603.

6        3.     As a result of the above, Plaintiffs, on behalf of themselves and Class

7   Members, seeks damages, restitution, declaratory relief, injunctive relief and

8   reasonable attorneys' fees and costs pursuant to Cal. Bus. & Prof. Code §§ 17603,

9   17203, 17204, and 17535 and California Code of Civil Procedure § 1021.5.

10        4.     The "Class Period" is designated as the period from four years prior

11   to the filing of this action through to the present.  Defendant's violations of

12   California's Business and Professions Code and unfair competition laws, as

13   described more fully below, have been ongoing since four years prior to the filing

14   of this complaint, and are continuing at present.

15                              **JURISDICTION**

16        5.     This Court has diversity jurisdiction over this matter pursuant to 28

17   U.S.C. § 1332 in that Plaintiffs are residents and citizens of the State of California

18   while Defendant is a corporation incorporated under the laws of the State of

19   Delaware, and its principal place of business is in New York City.

20        6.     This Court has personal jurisdiction over Defendant because

21   Defendant conducts business in the County of San Diego, State of California.

22   Therefore, Defendant has sufficient minimum contacts with this state, and

23   otherwise purposefully avails itself of the markets in this state through the

24   promotion, sales, and marketing of its products in this state, to render the exercise

25   of jurisdiction by this Court permissible under traditional notions of fair play and

26   substantive justice.

27   //

28                              **VENUE**

CONSOLIDATED AMENDED CLASS ACTION COMPLAINT                                    2

7.     Venue as to Defendant is proper in the United States District Court for the Southern District of California, pursuant to 28 U.S.C. § 1391.  Defendant is a Delaware corporation, and its principal place of business is in New York City. Defendant has made the automatic renewal or continuous service offers to thousands of persons within the County of San Diego.  The acts and transactions giving rise to this action occurred in this district because Defendant: (a) is authorized to conduct business in this district and has purposefully availed itself of the laws and markets within this district; (b) does substantive business within this district; and (c) is subject to personal jurisdiction in this district because it has availed itself of the laws and markets within this district.

## PARTIES

8.     Plaintiff Tracy Davis resides in Los Angeles, California.  Plaintiff Davis purchased a monthly subscription from Defendant in California during the Class Period.  Following the purchase, Plaintiff Davis' Payment Method was charged, and continues to be charged, every month on a recurring basis.  During that time, Plaintiff Davis was subject to Defendant's unlawful policies and/or practices set forth herein.  Plaintiff Davis and Class Members are consumers as defined under Cal. Bus. & Prof. Code §17601(d).

9.     Plaintiff Tiffany Lapuebla resides in San Diego, California.  Plaintiff Lapuebla purchased a monthly subscription from Defendant in California during the Class Period.  Following the purchase, Plaintiff Lapuebla's Payment Method was charged, and continued to be charged, every month on a recurring basis. During that time, Plaintiff Lapuebla was subject to Defendant's unlawful policies and/or practices set forth herein.  Plaintiff Lapuebla and Class Members are consumers as defined under Cal. Bus. & Prof. Code §17601(d).

10.     Defendant Birchbox, Inc. is a Delaware corporation with its principal place of business located at 28 E. 28th Street, New York, New York, 10016. Defendant operates and, at all times during the Class Period, has done business

throughout California.  Also during the Class Period, Defendant made, and continues to make, automatic renewal or continuous service offers to consumers in California.  Defendant sells samples of make-up and personal care products on a monthly subscription basis to consumers throughout California.  As of 2013, Defendant employs 250 people and has 800,000 subscribers.  Defendant generates approximately $125 million in annual sales.

11.   The policies, practices, and unlawful conduct complained of herein were formulated, implemented, and maintained, in whole or in substantial part, at Defendant's address.

12.   All of Plaintiffs' claims stated herein are asserted against Defendant and any of its predecessors, successors, and/or assigns that do, or have done, business, with Class Members in California during the Class Period.

## FACTUAL BACKGROUND

### *California Business Professions Code §§17600-17606*

13.   On December 1, 2010, Sections 17600-17606 of Article 9, of Chapter 1, of Part 3, of Division 7 of Cal. Bus. & Prof. Code came into effect.  The Legislature's stated intent for this Article was to end the practice of ongoing charges to consumers' Payment Methods without consumers' explicit consent for ongoing shipments of a product or ongoing deliveries of service.  *See* Cal. Bus. & Prof. Code § 17600.

14.   Cal. Bus. & Prof. Code § 17602(a) makes it unlawful for any business making an automatic renewal or continuous service offer to a consumer in this state to do any of the following:

(1)   Fail to present the automatic renewal offer terms or continuous service offer terms in a clear and conspicuous manner before the subscription or purchasing agreement is fulfilled and in visual proximity, or in the case of an offer conveyed by voice, in temporal proximity, to the request for consent to the offer;

//

(2)   Charge the consumer's credit or debit card or the consumer's account with a third party for an automatic renewal or continuous service

without first obtaining the consumer's affirmative consent to the agreement containing the automatic renewal offer terms or continuous service offer terms; or

(3)    Fail to provide an acknowledgment that includes the automatic renewal or continuous service offer terms, cancellation policy, and information regarding how to cancel in a manner that is capable of being retained by the consumer. If the offer includes a free trial, the business shall also disclose in the acknowledgment how to cancel and allow the consumer to cancel before the consumer pays for the goods or services.

15.    Cal. Bus. & Prof. Code § 17601(a) defines the term "Automatic renewal" as a "plan or arrangement in which a paid subscription or purchasing agreement is automatically renewed at the end of a definite term for a subsequent term."

16.    Cal. Bus. & Prof. Code § 17601(b) defines the term "Automatic renewal offer terms" as "the following clear and conspicuous disclosures: (1) That the subscription or purchasing agreement will continue until the consumer cancels. (2) The description of the cancellation policy that applies to the offer. (3) The recurring charges that will be charged to the consumer's credit or debit card or payment account with a third party as part of the automatic renewal plan or arrangement, and that the amount of the charge may change, if that is the case, and the amount to which the charge will change, if known. (4) The length of the automatic renewal term or that the service is continuous, unless the length of the term is chosen by the consumer. (5) The minimum purchase obligation, if any."

17.    Pursuant to Cal. Bus. & Prof. Code § 17601(c), "clear and conspicuous" or "clearly and conspicuously" mean "in larger type than the surrounding text, or in contrasting type, font, or color to the surrounding text of the same size, or set off from the surrounding text of the same size by symbols or other marks, in a manner that clearly calls attention to the language."

18.    Section 17603 of Cal. Bus. & Prof. Code provides: "In any case in which a business sends any goods, wares, merchandise, or products to a consumer,

under a continuous service agreement or automatic renewal of a purchase, without first obtaining the consumer's affirmative consent as described in Section 17602, the goods, wares, merchandise, or products shall for all purposes be deemed an unconditional gift to the consumer, who may use or dispose of the same in any manner he or she sees fit without any obligation whatsoever on the consumer's part to the business, including, but not limited to, bearing the cost of, or responsibility for, shipping any goods, wares, merchandise, or products to the business."

### Defendant's Business

19.    During the Class Period, Defendant offers, and has offered, subscription plans for the monthly delivery of beauty products, including sample make-up and personal care products through its website, www.Birchbox.com. Defendant's subscriptions for its protection plans are automatic renewal and/or continuous service plans or arrangements for the purposes of Cal. Bus. & Prof. Code § 17601.

### Defendant's Legal Agreement

20.    During the Class Period, buried at the very bottom of Defendant's webpage, there was an inconspicuous hyperlink, in smaller font than the surrounding text, which led to a document called "Terms" (hereinafter the "Terms and Conditions").

///

///

///

///

///

///

///

///





*See* attached as Exhibits 1 and 2 true and correct screenshots of Defendant's above-shown webpage available at www.Birchbox.com, and the Terms and Conditions, respectively.

21.     Defendant's Terms and Conditions provided as follows:

Welcome to www.Birchbox.com (the "Site").  This Site is maintained and operated by Birchbox, Inc. ("Birchbox" or "Company").  By accessing, browsing or using this Site, you acknowledge that you have read, understood and agreed to be bound by these Terms of Use (these "Terms"). If you do not agree to these Terms, you should not use or access this Site. Birchbox reserves the right to revise these Terms at any time by updating this posting. You are encouraged to review these Terms each time you use the Site because your use of the Site after the posting of changes will constitute your acceptance of the changes. By agreeing to these Terms it also constitutes your agreement to the Rewards Points Terms and Conditions [(the "Rewards Points Terms")] and the Site Privacy Policy [(the "Privacy Policy")], which are incorporated herein. BY ACCESSING OR USING ANY PART OF THE SITE, YOU ACCEPT, WITHOUT LIMITATION OR QUALIFICATION, THESE TERMS. IF YOU DO NOT AGREE WITH ALL OF THE TERMS SET FORTH BELOW, YOU MAY NOT USE ANY PORTION OF THE SITE. PRICE INFORMATION FOUND ON THIS SITE IS SUBJECT TO CHANGE WITHOUT NOTICE. BIRCHBOX RESERVES THE RIGHT TO CHANGE THESE TERMS & CONDITIONS OF USE AT ANY TIME WITHOUT NOTICE.

*See* Ex. 2, at p. 1.

22.    Throughout the Terms and Conditions, Defendant used various methods, including capital letters, to draw the reader's attention to important language.  For example, Defendant used all capital letters to exclude warranties:

**9. Disclaimers**

You assume all responsibility and risk with respect to your use of the Site. THE SITE, AND ALL CONTENT, MERCHANDISE, AND OTHER INFORMATION ON OR ACCESSIBLE FROM OR THROUGH THIS SITE OR A "LINKED" SITE ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, SECURITY OR ACCURACY.  SPECIFICALLY, BUT WITHOUT LIMITATION, BIRCHBOX DOES NOT WARRANT THAT: (1) THE INFORMATION ON THIS SITE IS CORRECT, ACCURATE OR RELIABLE; (2) THE FUNCTIONS CONTAINED ON THIS SITE WILL BE UNINTERRUPTED OR ERROR-FREE; OR (3) DEFECTS WILL BE CORRECTED, OR THAT THIS SITE OR THE SERVER THAT MAKES IT AVAILABLE IS FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS.

*See* Ex. 2, ¶ 9.

23.    Defendant also used all capital letters to limit its liability:

**12. Limitation of Liability**

IN NO EVENT SHALL BIRCHBOX, ITS PARENT COMPANY, SUBSIDIARIES, AFFLIATES OR ANY OF THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, SUCCESSORS, SUBSIDIARIES, SUPPLIERS, AFFILIATES, OR THIRD PARTIES PROVIDING INFORMATION ON THIS SITE BE LIABLE TO ANY USER OF THE SITE OR ANY OTHER PERSON OR ENTITY FOR ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, CONSEQUENTIAL OR EXEMPLARY DAMAGES (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, LOSS OF DATA, OR LOSS OF USE) ARISING OUT OF THE USE OR INABILITY TO USE THE SITE, WHETHER BASED UPON WARRANTY, CONTRACT, TORT, OR OTHERWISE, EVEN IF BIRCHBOX HAS BEEN ADVISED OF OR SHOULD HAVE KNOWN OF THE POSSIBILITY OF SUCH DAMAGES OR LOSSES.  IN NO EVENT SHALL THE TOTAL LIABILITY OF BIRCHBOX, ITS AFFILIATES OR ANY OF THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, SUCCESSORS, SUBSIDIARIES, SUPPLIERS, AFFILIATES OR THIRD PARTIES PROVIDING INFORMATION ON THIS SITE TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION RESULTING FROM YOUR USE OF THIS SITE, WHETHER IN CONTRACT, TORT

(INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE) OR OTHERWISE, EXCEED THE AMOUNT YOU PAID TO BIRCHBOX IN CONNECTION WITH THE EVENT GIVING RISE TO SUCH LIABILITY.

*See* Ex. 2, ¶ 12.

24.　　Defendant also used all capital letters in its venue provision:

**18. Governing Law**
The laws of the State of New York shall govern these Terms.  YOU HEREBY EXPRESSLY CONSENT TO EXCLUSIVE JURISDICTION AND VENUE IN THE COURTS LOCATED IN NEW YORK COUNTY, NEW YORK FOR ALL MATTERS ARISING IN CONNECTION WITH THESE TERMS AND CONDITIONS OR YOUR ACCESS OR USE OF THE SITE.

*See* Ex. 2, ¶ 18.

25.　　Section 5 of Defendant's Terms and Conditions is entitled "The Monthly Subscription Contract Between You And Us."  Like all other title headings for all other sections of Defendant's Term and Conditions, the title heading for this section is in bold font.

26.　　Section 5 of the Terms and Conditions provides:

By purchasing a month to month subscription, you acknowledge that your subscription has an initial and recurring payment feature and you accept responsibility for all recurring charges prior to cancellation.  Your subscription will be automatically extended for successive monthly periods, at the then-current subscription rate.  To cancel your subscription at any time, you must logon to your account or email us and we will do it for you. If you cancel, you may use your subscription until the end of your then-current subscription term.  Birchbox may submit periodic charges (e.g., monthly) without further authorization from you, until you provide prior notice that you have terminated this authorization or wish to change your payment method.  Such notice will not affect charges submitted before Birchbox reasonably could act.

*See* Ex. 2, ¶ 5.

### *Defendant's Terms and Conditions Failed to Provide Clear and Conspicuous Disclosures as Required by Law*

27.　　Within the Terms and Conditions, Defendant failed to state in clear and conspicuous language, *i.e.*, in larger type than the surrounding text, or in contrasting type, font, or color to the surrounding text of the same size, or set off

from the surrounding text of the same size by symbols or other marks, in a manner that clearly calls attention to the language that:

> (i)    The subscription or purchasing agreement will continue until the consumer cancels;
>
> (ii)    Describes the cancellation policy that applies to the offer;
>
> (iii)    Recurring charges that will be charged to the consumer's Payment Method account with a third party as part of the automatic renewal plan or arrangement, and that the amount of the charge may change, if that is the case, and the amount to which the charge will change, if known;
>
> (iv)    The length of the automatic renewal term or that the service is continuous, unless the length of the term is chosen by the consumer; or
>
> (v)    There is a minimum purchase obligation, if any.

(Hereinafter "automatic renewal offer and continuous service offer disclosure failures.")

28.    Moreover, the disclosures that Defendant actually makes are contained in a vague and ambiguous document, the Terms and Conditions. These Terms and Conditions are accessible through an inconspicuous hyperlink buried at the bottom of the Birchbox webpage. The font of the hyperlink itself is smaller and lighter in color than the remainder of the website. In addition, the disclosures that are actually provided are hidden in the lengthy, five-page, densely-worded, single-spaced Terms and Conditions. Also, the disclosures are buried in the middle of the Terms and Conditions itself.

///

///

///

///

***Defendant Failed to Present the Automatic Renewal Offer Terms or Continuous Service Offer Terms in a Clear and Conspicuous Manner Before the Subscription or Purchasing Agreement Was Fulfilled and in Visual Proximity to the Request for Consent to the Offer in Violation of Cal. Bus. & Prof. Code § 17602(a)(1)***

29.     During the Class Period, Defendant made, and continues to make, an automatic renewal offer for its subscriptions plans to consumers in California, including Plaintiffs and Class Members.  In order to purchase a subscription plan from Defendant's website, Plaintiffs and Class Members clicked on the "Subscribe" hyperlink on Defendant's main webpage.

30.     The "Subscribe" hyperlink navigated Plaintiffs and Class Members to a multi-page enrollment process, the first step of which is and was a webpage titled "Join Birchbox."  This page directed Plaintiffs and Class Members to select a subscription plan.  But this page did not and does not contain automatic renewal offer terms or continuous service offer terms as defined in Cal. Bus. Prof. Code § 17601(b).

///
///
///
///
///
///
///
///
///
///
///
///
///
///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26



27   *See* attached as Exhibit 3 a true and correct copy of the above-shown "Join

28   Birchbox" webpage.

31.     After selecting a subscription plan, Plaintiffs and Class Members are navigated to a webpage where they are directed to select a subscription length and click on the "Subscribe Now" hyperlink.  This page did not and does not contain the automatic renewal offer terms or continuous service offer terms as defined in Cal. Bus. Prof. Code § 17601(b).



*See* attached as Exhibit 4 a true and correct copy of the above-shown "Select Your Subscription" webpage.

32.     The "Subscribe Now" hyperlink navigated Plaintiffs and Class Members to a webpage where they are directed to insert their shipping details and click on a "checkout" hyperlink.  This page did not and does not contain the automatic renewal offer terms or continuous service offer terms as defined in Cal. Bus. Prof. Code § 17601(b).



*See* attached as Exhibit 5 a true and correct copy of the above-shown "Shopping Cart" webpage.

33.     Plaintiffs and Class Members were next navigated to a webpage where they were and are directed to create an account. This page did not and does not contain the automatic renewal offer terms or continuous service offer terms as defined in Cal. Bus. Prof. Code § 17601(b).

//

//



*See* attached as Exhibit 6 a true and correct copy of the above-shown "Checkout"
webpage.  After creating a Birchbox account, Plaintiffs and Class Members were
and are navigated to a webpage where Plaintiffs and Class Members are directed
to enter their billing information.  This page did not and does not contain the
automatic renewal offer terms or continuous service offer terms as defined in Cal.
Bus. Prof. Code § 17601(b).



*See* attached as Exhibit 7 a true and correct copy of the above-shown "Billing Information" webpage.

34.     Plaintiffs and Class Members were and are navigated to a checkout page, where they are provided with Birchbox's shipping policy.  This page did not and does not contain the automatic renewal offer terms or continuous service offer terms as defined in Cal. Bus. Prof. Code § 17601(b).





*See* attached as Exhibit 8 a true and correct copy of the above-shown "Shipping Information" webpage.

35.    Plaintiffs and Class Member were, and are, navigated to a webpage on which they are directed to insert their payment method and click on a button labeled "Continue."  This page did not, and does not contain the automatic renewal offer terms or continuous service offer terms as defined in Cal. Bus. Prof. Code  § 17601(b).

//

//

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16



17
18   *See* attached as Exhibit 9 a true and correct copy of the above-shown "Payment

19   Information" webpage.

20        36.      Plaintiffs and Class Members were, and are, navigated to a page

21   where they are directed to review their order and click on the button labeled

22   "Place Order," after which Defendant charged and continues to charge Plaintiffs'

23   and Class Members' payment method on a monthly basis thereafter.  These pages

24   did not and do not contain the automatic renewal offer terms or continuous service

25   offer terms as defined in Cal. Bus. Prof. Code § 17601(b).

26   *///*

27
28



*See* attached as Exhibit 10 a true and correct copy of the above-shown "Place Order" webpage.

37.     In violation of Cal. Bus. & Prof. Code § 17602(a)(1), Defendant thus made, and continues to make, an automatic renewal or continuous service offer to consumers, including Plaintiffs and Class Members in California, yet failed, and continues to fail, to present the automatic renewal offer terms, or continuous service offer terms, in a clear and conspicuous manner and in visual proximity to the request for consent to the offer before the subscription or purchasing agreement was and is fulfilled.

***Defendant Failed to Obtain Affirmative Consent to the Terms and
Conditions Containing Defendant's Automatic Renewal Offer Terms***

38.     Furthermore, and in addition to the above, throughout the Class
Period, after clicking on the "Place Order" hyperlink, Plaintiffs' and Class
Members' Payment Method were, and are, charged the monthly subscription
amount.  Thereafter, Defendant charged, and continues to charge, Plaintiffs' and
Class Members' Payment Method on a monthly basis, and as such, is an automatic
renewal plan within the meaning Cal. Bus. & Prof. Code. § 17601(a).
Furthermore, the Birchbox subscription continues until cancelled, and therefore is,
and was, a continuous service plan or arrangement as defined by Cal. Bus. & Prof.
Code § 17601(e).

39.     As a result of the above (including the automatic renewal offer and
continuous service offer disclosure failures referred to above), prior to charging
Plaintiffs' and Class Members' Payment Method, Defendant failed, and continues
to fail, to obtain Plaintiffs' and Class Members' affirmative consent to the Terms
and Conditions containing the automatic renewal offer terms or continuous service
offer terms.  Defendant failed, and continues to fail, to include the Terms and
Conditions or provide a hyperlink to the Terms and Conditions on the webpage in
which Defendant collected Plaintiffs' and Class Members' Payment Method
information.

40.     As a result of the above, Defendant violated Cal. Bus. & Prof.
Code § 17602(a)(2).  As such, all goods, wares, merchandise, or products, sent to
Plaintiffs and Class Members under the automatic renewal or continuous service
agreement are deemed to be an unconditional gift pursuant to Cal. Bus. & Prof.
Code § 17603, and Plaintiffs and Class Members may use or dispose of the same
in any manner they see fit without any obligation whatsoever on their part to
Defendant, including, but not limited to, bearing the cost of, or responsibility for,
shipping any goods, wares, merchandise, or products to the business.

1

***Defendant Failed to Provide an Acknowledgment as Required by Cal.
Bus. & Prof. Code § 17602(a)(3)***

2       41.      Furthermore, and in addition to the above, after Plaintiffs and

3    Class Members subscribed to one of Defendant's subscription plans, Defendant

4    sent, and continues to send, Plaintiffs and Class Members an email.  But that

5    email failed, and continues to fail, to provide an acknowledgement that includes

6    the automatic renewal or continuous service offer terms, cancellation policy, and

7    information on how to cancel in a manner that is capable of being retained by

8    Plaintiffs and Class Members, in violation of Cal. Bus. & Prof. Code

9    § 17602(a)(3).  Moreover, Defendant failed to provide Plaintiffs and Class

10    Members with an acknowledgement regarding how to cancel the subscription and

11    allow Plaintiffs and Class Members to cancel before payment.

12                 **CLASS ACTION ALLEGATIONS**

13       42.      Plaintiffs bring this action, on behalf of themselves and all others

14    similarly situated, as a class action pursuant to Rule 23(a) and (b)(3) of the

15    Federal Rules of Civil Procedure.  The proposed Class (the "Class") that Plaintiffs

16    seeks to represent is composed of and defined as:

17               All persons in California that, during the four years prior

18               to the filing of this action, and continuing through the

19               present, purchased subscriptions from Birchbox, Inc.

20       43.      This action has been brought and may properly be maintained as a

21    class action because there is a well-defined community of interest in the litigation,

22    the proposed class is easily ascertainable, and Plaintiffs is a proper representative

23    of the Class:

24         a.      <u>Numerosity</u>:  The potential members of the Class as defined

25    are so numerous and so diversely located throughout California that joinder of all

26    the members of the Class is impracticable.  The Class Members are dispersed

27    throughout California.  Joinder of all members of the proposed class is therefore

28    not practicable.

1          b.     <u>Commonality</u>: There are questions of law and fact common to

2    the Plaintiffs and the Class that predominate over any questions affecting only

3    individual members of the Class. These common questions of law and fact

4    include, without limitation:

5              i.     Whether Defendant failed to present the automatic

6                        renewal offer terms, or continuous service offer terms,

7                        in a clear and conspicuous manner before the

8                        subscription or purchasing agreement was fulfilled and

9                        in visual proximity to the request for consent to the offer

10                       in violation of Cal. Bus. & Prof. Code § 17602(a)(1);

11            ii.    Whether Defendant charged Plaintiffs' and Class

12                       Members' Payment Method for an automatic renewal or

13                       continuous service without first obtaining the Plaintiffs'

14                       and Class Members' affirmative consent to the Terms

15                       and Conditions containing the automatic renewal offer

16                       terms or continuous service offer terms in violation of

17                       Cal. Bus. & Prof. Code § 17602(a)(2);

18          iii.    Whether Defendant failed to provide an

19                       acknowledgement that included the automatic renewal

20                       or continuous service offer terms, cancellation policy,

21                       and information on how to cancel in a manner that is

22                       capable of being retained by Plaintiffs and Class

23                       Members, in violation of Cal. Bus. & Prof. Code §

24                       17602(a)(3);

25          iv.    Whether Defendant's Terms and Conditions contained

26                       the automatic renewal offer terms and/or continuous

27                       service offer terms as defined by Cal. Bus. & Prof. Code

28                       § 17601;

v.      Whether Cal. Bus. & Prof. Code § 17603 provides for
restitution for money paid by Plaintiffs and Class
Members in circumstances where the goods and services
provided by Defendant is deemed an unconditional gift;

vi.     Whether Plaintiffs and Class Members are entitled to
and/or restitution under Cal. Bus. & Prof. Code
§§ 17200-17203;

vii.    Whether Plaintiffs and Class Members are entitled to
injunctive relief under Cal. Bus. & Prof. Code § 17535;

viii.   Whether Plaintiffs and Class Members are entitled to
attorneys' fees and costs under California Code of Civil
Procedure § 1021.5; and

ix.     The proper formula(s) for calculating and/or restitution
owed to Class Members.

c.      <u>Typicality</u>:  Plaintiffs' claims are typical of the claims of the
Class.  Both Plaintiffs and Class Members were deprived of property rightly
belonging to them, arising out of and caused by Defendant's common course of
conduct in violation of law as alleged herein, in similar ways.

d.      <u>Adequacy of Representation</u>:  Plaintiffs are members of the
Class and will fairly and adequately represent and protect the interests of the Class
Members.  Plaintiffs' interests do not conflict with those of Class Members.
Counsel who represent Plaintiffs are competent and experienced in litigating large
class actions, and will devote sufficient time and resources to the case and
otherwise adequately represent the Class.

e.      <u>Superiority of Class Action</u>:  A class action is superior to other
available means for the fair and efficient adjudication of this controversy.
Individual joinder of all Class Members is not practicable, and questions of law
and fact common to the Class predominate over any questions affecting only

individual members of the Class. Plaintiffs and Class Members have suffered losses, or may suffer losses in the future, by reason of Defendant's unlawful policies and/or practices of not complying with Cal. Bus. & Prof. Code §§ 17600-17606.  Certification of this case as a class action will allow those similarly situated persons to litigate their claims in the manner that is most efficient and economical for the parties and the judicial system.  Certifying this case as a class action is superior because it allows for efficient and full restitution to Class Members, and will thereby effectuate California's strong public policy of protecting the California public from violations of its laws.  If this action is not certified as a class action, it will be virtually impossible, as a practical matter, for many or most Class Members to bring individual actions to recover monies due from Defendant due to the relatively small amounts of such individual recoveries relative to the costs and burdens of litigation.

## FIRST CAUSE OF ACTION

## VIOLATION OF CAL. BUS. & PROF. CODE § 17602(a)(1)

**FAILURE TO PRESENT THE AUTOMATIC RENEWAL OFFER TERMS OR CONTINUOUS SERVICE OFFER TERMS CLEARLY AND CONSPICUOUSLY AND IN VISUAL PROXIMITY TO THE REQUEST FOR CONSENT OFFER**

44.      The allegations of Paragraphs 1 through 42 are realleged and incorporated herein by reference, and Plaintiffs allege this cause of action on behalf of themselves and the above-described class of similarly situated Class Members.

45.      Cal. Bus. Prof. Code § 17602(a)(1) provides:

(a) It shall be unlawful for any business making an automatic renewal or continuous service offer to a consumer in this state to do any of the following:

(1) Fail to present the automatic renewal offer terms or continuous service offer terms in a clear and conspicuous manner before the subscription or purchasing agreement is fulfilled and in visual proximity, or in the case of an offer conveyed by voice, in temporal proximity, to the request for consent to the offer.

46.     Defendant failed to present the automatic renewal offer terms, or continuous service offer terms, in a clear and conspicuous manner and in visual proximity to the request for consent to the offer before the subscription or purchasing agreement was fulfilled.

47.     As a result of Defendant's violations of Cal. Bus. & Prof. Code § 17602(a)(1), Defendant is subject under Cal. Bus. & Prof. Code § 17604 to all civil remedies that apply to a violation of Article 9, of Chapter 1, of Part 3, of Division 7 of the Cal. Bus. & Prof. Code.

48.     Plaintiffs, on behalf of themselves and Class Members, request relief as described herein and below.

## SECOND CAUSE OF ACTION

**VIOLATION OF CAL. BUS. & PROF. CODE §§ 17602(a)(2) and 17603**

**FAILURE TO OBTAIN THE CONSUMER'S AFFIRMATIVE CONSENT BEFORE THE SUBSCRIPTION IS FULFILLED**

49.     The allegations of Paragraphs 1 through 47 are realleged and incorporated herein by reference, and Plaintiffs allege this cause of action on behalf of themselves and the above-described class of similarly situated Class Members.

50.     Cal. Bus. & Prof. Code § 17602(a)(2) provides:

(a) It shall be unlawful for any business making an automatic renewal or continuous service offer to a consumer in this state to do any of the following:

(2) Charge the consumer's credit or debit card or the consumer's account with a third party for an automatic renewal or continuous service without first obtaining the consumer's affirmative consent to the agreement containing the automatic renewal offer terms or continuous service offer terms.

51.     Defendant charged, and continues to charge, Plaintiffs' and Class Members' Payment Method for an automatic renewal or continuous service without first obtaining Plaintiffs' and Class Members' affirmative consent to the

Terms and Conditions containing the automatic renewal offer terms or continuous service offer terms.

52.      As a result of Defendant's violations of Cal. Bus. & Prof. Code § 17602(a)(2), Defendant is liable to provide restitution to Plaintiffs and Class Members under Cal. Bus. & Prof. Code § 17603.

53.      Plaintiffs, on behalf of themselves and Class Members, request relief as described  herein and below.

### THIRD CAUSE OF ACTION

### VIOLATION OF CAL. BUS. & PROF. CODE § 17602(a)(3)

### FAILURE TO PROVIDE ACKNOWLEDGMENT WITH AUTOMATIC RENEWAL TERMS AND INFORMATION REGARDING CANCELLATION POLICY

54.      The allegations of Paragraphs 1 through 54 are realleged and incorporated herein by reference, and Plaintiffs allege this cause of action on behalf of themselves and the above-described class of similarly situated Class Members.

55.      Cal. Bus.& Prof. Code § 17602(a)(3) provides:

(a) It shall be unlawful for any business making an automatic renewal or continuous service offer to a consumer in this state to do any of the following:

> (3) Fail to provide an acknowledgment that includes the automatic renewal or continuous service offer terms, cancellation policy, and information regarding how to cancel in a manner that is capable of being retained by the consumer.  If the offer includes a free trial, the business shall also disclose in the acknowledgment how to cancel and allow the consumer to cancel before the consumer pays for the goods or services.

56.      Defendant failed to provide an acknowledgement that includes the automatic renewal or continuous service offer terms, cancellation policy, and information on how to cancel in a manner that is capable of being retained by Plaintiffs and Class Members.

57.      As a result of Defendant's violations of Cal. Bus. & Prof. Code § 17602(a)(3), Defendant is subject under Cal. Bus. & Prof. Code § 17604 to all

civil remedies that apply to a violation of Article 9, of Chapter 1 of Part 3, of Division 7 of the Cal. Bus. & Prof. Code.

58.     Plaintiffs, on behalf of themselves and Class Members, request relief as described herein and below.

## FOURTH CAUSE OF ACTION

### VIOLATION OF CALIFORNIA'S UNFAIR COMPETITION LAW UNDER CAL. BUS. & PROF. CODE §§ 17200 *et. seq.*

59.     The allegations of Paragraphs 1 through 57 are realleged and incorporated herein by reference, and Plaintiffs alleges this cause of action on behalf of themselves and the above-described class of similarly situated Class Members.

60.     Cal. Bus. & Prof. Code § 17200, *et seq.* (the "UCL") prohibits unfair competition in the form of any unlawful, unfair, or fraudulent business act or practice.  Cal. Bus. & Prof. Code § 17204 allows "a person who has suffered injury in fact and has lost money or property" to prosecute a civil action for violation of the UCL.  Such persons may bring such an action on behalf of themselves or themselves and others similarly situated who are affected by the unlawful, unfair, or fraudulent business practice.

61.     Since at least four years prior to the filing of this complaint, and continuing to the present, Defendant has committed unlawful, unfair, and/or fraudulent business acts and practices as defined by the UCL, by violating Cal. Bus. & Prof. Code §§ 17602(a)(1), (2), and (3).

62.     Plaintiffs paid money for subscriptions, and as such suffered an injury in fact. Had Defendant complied with its disclosure obligations under Cal. Bus. Prof. Code. §17602, Plaintiffs would not have entered into the subscription at the time they did so. As a direct and proximate result of Defendant's unlawful, unfair, and/or fraudulent acts and practices described herein, Defendant has received, and continues to hold, unlawfully obtained property and money

1  belonging to Plaintiffs and Class Members in the form of payments made for

2  subscription agreements by Plaintiffs and Class Members.  Defendant has profited

3  from its unlawful, unfair, and/or fraudulent acts and practices in the amount of

4  those business expenses and interest accrued thereon.

5        63.      Plaintiffs and similarly situated Class Members are entitled to

6  restitution pursuant to Cal. Bus. & Prof. Code §§ 17203 and 17208 for all monies

7  paid by Class Members under the subscription agreements from four years prior to

8  the filing of this complaint to the date of such restitution, at rates specified by law.

9  Defendant should be required to disgorge all the profits and gains it has reaped

10  and restore such profits and gains to Plaintiffs and Class Members, from whom

11  they were unlawfully taken.

12        64.      Plaintiffs and similarly situated Class Members are entitled to

13  enforce all applicable penalty provisions pursuant to Cal. Bus. & Prof. Code

14  § 17202.

15        65.      Plaintiffs has assumed the responsibility of enforcement of the

16  laws and public policies specified herein by suing on behalf of themselves and

17  other similarly situated Class Members.  Plaintiffs' success in this action will

18  enforce important rights affecting the public interest.  Plaintiffs will incur a

19  financial burden in pursuing this action in the public interest.  An award of

20  reasonable attorneys' fees to Plaintiffs is thus appropriate pursuant to California

21  Code of Civil Procedure § 1021.5.

22        66.      Plaintiffs, on behalf of themselves and Class Members, request

23  relief as described herein and below.

24  //

25  //

26  //

27  //

28  //

# FIFTH CAUSE OF ACTION

## VIOLATION OF CAL. BUS. & PROF. CODE § 17535

67.     The allegations of Paragraphs 1 through 65 are realleged and incorporated herein by reference, and Plaintiffs allege this cause of action on behalf of themselves and the above-described class of similarly-situated Class Members.

68.     Cal. Bus. & Prof. Code § 17535 allows "any person who has suffered injury in fact and has lost money or property" to prosecute a civil action for violation of the UCL.  Such a person may bring such an action on behalf of themselves or themselves and others similarly situated who are affected by the unlawful, unfair, or fraudulent business practice.

69.     Since four years prior to the filing of this complaint, and continuing to the present, Defendant has committed unlawful, unfair, and/or fraudulent business acts and practices as defined by the UCL, by violating Cal. Bus. & Prof. Code § 17602.

70.     As a direct and proximate result of Defendant's unlawful, unfair, and/or fraudulent acts and practices described herein, Defendant has received and continues to hold unlawfully obtained property and money belonging to Plaintiffs and Class Members in the form of payments made for a paid subscription to Defendant's protection plans by Plaintiffs and Class Members. As a result Plaintiffs suffered an injury in fact. Defendant has profited from its unlawful, unfair, and/or fraudulent acts and practices in the amount of those business expenses and interest accrued thereon. Had Defendant complied with its disclosure obligations under Cal. Bus. Prof Code. §17602, Plaintiffs would not have entered into the subscription at the time they did so

71.     Plaintiffs and similarly situated Class Members are entitled to injunctive relief and/or restitution pursuant to Cal. Bus. & Prof. Code § 17535 for all monies paid by Class Members under the subscription agreements from four

years prior to the filing of this complaint to the date of such restitution, at rates specified by law.  Defendant should be required to disgorge all the profits and gains it has reaped and restore such profits and gains to Plaintiffs and Class Members, from whom they were unlawfully taken.

72.     Plaintiffs and similarly situated Class Members are entitled to enforce all applicable penalty provisions pursuant to Cal. Bus. & Prof. Code § 17202.

73.     Plaintiffs have assumed the responsibility of enforcement of the laws and public policies specified herein by suing on behalf of themselves and other similarly situated Class Members.  Plaintiffs' success in this action will enforce important rights affecting the public interest.  Plaintiffs will incur a financial burden in pursuing this action in the public interest.  Therefore, an award of reasonable attorneys' fees to Plaintiffs is appropriate pursuant to California Code of Civil Procedure §1021.5.

74.     Plaintiffs, on behalf of themselves and similarly situated Class Members, request relief as described below.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs request the following relief:

A.     That the Court determine that this action may be maintained as a class action under Federal Rule of Civil Procedure 23, and define the Class as requested herein;

B.     That the Court appoint Plaintiffs as the representatives of the Class and Plaintiffs' attorneys be appointed Class counsel;

C.     That the Court find and declare that Defendant has violated Cal. Bus. & Prof. Code § 17602(a)(1) by failing to present the automatic renewal offer terms, or continuous service offer terms, in a clear and conspicuous manner and in visual proximity to the request for consent to the offer before the subscription or purchasing agreement was fulfilled;

D.     That the Court find and declare that Defendant has violated Cal. Bus. & Prof. Code § 17602(a)(2) by charging Plaintiffs' and Class Members' Payment Method without first obtaining their affirmative consent to the Terms and Conditions containing the automatic renewal offer terms or continuous service terms;

E.     That the Court find and declare that Defendant has violated Cal. Bus. & Prof. Code § 17602(a)(3) by failing to provide an acknowledgement that includes the automatic renewal or continuous service offer terms, cancellation policy, and information on how to cancel in a manner that is capable of being retained by Plaintiffs and Class Members;

F.     That the Court find and declare that Defendant has violated the UCL and committed unfair and unlawful business practices by violating Cal. Bus. & Prof. Code § 17602;

G.     That the Court award to Plaintiffs and Class Members damages and full restitution in the amount of the subscription payments made by them pursuant to Cal. Bus. & Prof. Code § 17603, in an amount to be proved at trial;

H.     That Defendant be ordered to pay restitution to Plaintiffs and the Class due to Defendant's UCL violations, pursuant to Cal. Bus. & Prof. Code §§ 17200-17205 in the amount of their subscription agreement payments;

I.     That the Court find that Plaintiffs and Class Members are entitled to injunctive relief pursuant to Cal. Bus. & Prof. Code § 17535;

J.     That Plaintiffs and the Class be awarded reasonable attorneys' fees and costs pursuant to California Code of Civil Procedure § 1021.5, California Civil Code 1780, and/or other applicable law; and

K.     That the Court award such other and further relief as this Court may deem appropriate.

1

## DEMAND FOR JURY TRIAL

2          Plaintiffs, on behalf of themselves and the Class Members, hereby demand

3   a jury trial on all causes of action and claims with respect to which they have a

4   right to jury trial.

5

6   Dated: May 14, 2015                    Respectfully submitted,

7                                          **HAMMOND LAW, PC**

8

9                                          By:  s/ Julian Hammond
10                                               Julian Hammond

11                                         1829 Reisterstown Rd., Suite 410
                                           Baltimore, MD 21208
                                           Telephone:  (310) 601-6766
12                                         Facsimile:   (310) 295-2385
                                           jhammond@hammondlawpc.com
13
                                           Abbas Kazerounian, Esq. (SBN: 249203)
14                                         Mona Amini, Esq. (SBN: 296829)
                                           **KAZEROUNI LAW GROUP, APC**
15                                         245 Fischer Avenue, Unit D1
                                           Costa Mesa, CA 92626
16                                         Telephone: (800) 400-6808
                                           Facsimile: (800) 520-5523
17                                         ak@kazlg.com
                                           mona@kazlg.com
18
                                           *Plaintiffs' Interim Co-Lead Class Counsel*
19

20                                         Todd A. Seaver (SBN 271067)
                                           Victor S. Elias (SBN 262269)
21                                         **BERMAN DeVALERIO**
                                           One California St., Suite 900
22                                         San Francisco, CA  94111
                                           Telephone:  (415) 433-3200
23                                         Facsimile:  (415) 433-6382
                                           tseaver@bermandevalerio.com
24                                         velias@bermandevalerio.com

25                                         *Attorneys for Plaintiff Tracy Davis and the*
                                           *Putative Class*
26

27

28

Joshua B. Swigart, Esq. (SBN: 225557)
Sara Khosroabadi, Esq. (SBN: 299642)
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
josh@westcoastlitigation.com
sara@westcoastlitigation.com

*Attorneys for Plaintiff Tiffany LaPuebla*
*and the Putative Class*

Case 3:25-cv-00498-BEN-BGS   Document 1   Filed 03/04/25   PageID.36   Page 36 of 60

**EXHIBIT 1**









How Many Products Does it Take to Get the No-Makeup Look?

8 Easy Ways to Hack Your Shave

READ THE MAGAZINE

READ THE GUIDE



## CATCH US ON THE SMALL SCREEN?

We're thrilled to debut our first TV commercial. Take a look--and if you like what you see, you can shop all the products and looks right here.

SHOP THE LOOKS



### PEOPLE ARE TALKING ABOUT US

"Birchbox [is] revolutionizing how you shop -- and helps you discover your favorite quality beauty [& grooming] products by delivering samples right to your door."

- Entrepreneur

| ABOUT | CAREERS | RECEIVED A GIFT? | REFER FRIENDS, EARN POINTS! |
| BRANDS | PRESS | BLOG | Earn 50 Birchbox points for every friend that purchases a subscription. |
| MOBILE APPS | CONTACT | | INVITE FRIENDS |

USA ▾    TERMS    PRIVACY    MADE IN NYC    © 2013 BIRCHBOX

Ex. 1
35

**EXHIBIT 2**

(/)   SHOP ▾   MAGAZINE ▾   BOX ▾   GIFT (/SHOP/GIFT)

Search            Women ▾   🔍

SUBSCRIBE (/SHOP/JOIN?REF=MAIN-NAV)

**ABOUT**

What is Birchbox?
(/about/birchbox)

Meet the Team (/about/team)

**CAREERS**

Life @ Birchbox (/about/careers)

Tech (/about/tech)

Openings (/about/openings)

Press (/about/press)

FAQ (/about/faq)

Contact Us (/about/contact-us)

Terms (/about/terms-conditions)

Rewards (/about/reward-points-terms)

Privacy (/about/privacy-policy)

CHOOSE AN **ADDITIONAL SAMPLE** — PICK FROM 2 OF OUR SUMMER FAVORITES. **SUBSCRIBE NOW** ❯

(/shop/join)

# Terms and Conditions

Welcome to www.birchbox.com (the "Site"). This Site is maintained and operated by Birchbox Inc. ("Birchbox" or "Company").

By accessing, browsing or using this Site, you acknowledge that you have read, understood and agreed to be bound by these Terms of Use (these "Terms"). If you do not agree to these Terms, you should not use or access this Site. Birchbox reserves the right to revise these Terms at any time by updating this posting. You are encouraged to review these Terms each time you use the Site because your use of the Site after the posting of changes will constitute your acceptance of the changes. By agreeing to these Terms it also constitutes your agreement to the Rewards Points Terms and Conditions (/about/reward-points-terms), and the Site Privacy Policy (/about/privacy-policy), which are incorporated herein.

BY ACCESSING OR USING ANY PART OF THE SITE, YOU ACCEPT, WITHOUT LIMITATION OR QUALIFICATION, THESE TERMS. IF YOU DO NOT AGREE WITH ALL OF THE TERMS SET FORTH BELOW, YOU MAY NOT USE ANY PORTION OF THE SITE. PRICE INFORMATION FOUND ON THIS SITE IS SUBJECT TO CHANGE WITHOUT NOTICE. BIRCHBOX RESERVES THE RIGHT TO CHANGE THESE TERMS & CONDITIONS OF USE AT ANY TIME WITHOUT NOTICE.

We grant you a personal, limited, non-transferable non-exclusive, license to access and use the Site. We reserve the right, in our sole discretion and without notice to you, to revise the products and services available on the Site and to change, suspend or discontinue any aspect of the Site and we will not be liable to you or to any third party for doing so. We may also impose rules for and limits on use of the Site or restrict your access to part, or all, of the Site without notice or penalty. Your continued use of the Site will constitute your acceptance of any such changes.

## 1. Use of the Site

You may use the Site only for your own noncommercial personal use and in compliance with these Terms. You are responsible for your own communications, including the transmission, uploading or posting of information and are responsible for the consequences of such communications to the Site. Any other use of the Site requires the prior written consent of Birchbox. You may not otherwise copy, modify, or distribute the contents of this Site without the express written permission of Birchbox. You may not modify, publish, transmit, participate in the transfer or sell, create derivative works from, or in any way exploit, any of the content, in whole or in part, found on the Site.

We require all Members to agree not to use the Site, and specifically prohibit any use of the Site, for any of the following purposes:

- Posting, communicating or transmitting any material that infringes on any intellectual property, publicity or privacy right of another person or entity
- Posting any information which is untrue, inaccurate or not your own
- Engaging in conduct that would constitute a criminal offense or give rise to civil liability or otherwise violate any law or regulation
- Attempting to interfere in any way with the Site's or Birchbox's network security, or attempting to use the Site's service to gain unauthorized access to any other computer system

You may not use spiders, robots, data mining techniques or other automated devices or programs to catalog, download or otherwise reproduce, store or distribute content available on the Site. Further, you may not use any such automated means to manipulate the Site, such as automating what are otherwise

Ex. 2
36

other user's use of the Site, including, without limitation, via means of overloading, "flooding", "mailbombing" or "crashing" the Site, circumventing security or user authentication measures or attempting to exceed the limited authorization and access granted to you under these Terms. You may not frame portions of the Site within another web site. You may not resell use of, or access to, the Site to any third party without our prior written consent.

## 2. Registration and Passwords

In order to access certain services on the Site, you will be required to provide specific information. All information about you must be truthful, and you may not use any aliases or other means to mask your true identity. Any access codes or passwords provided should be safeguarded at all times. You are responsible for the security of your access codes and passwords and will be solely liable for any use or unauthorized use under such access codes or passwords. We may suspend or terminate your access at any time with or without notice. To understand how we use information collected from you, please read our Privacy Policy.

## 3. Additional Terms and Conditions

You agree that additional terms and conditions may apply to specific products, orders or your use of certain portions of the Site, including with respect to ordering, shipping and return policies, review guidelines and membership reward programs (Rewards T&Cs Link) ("Additional Terms"), which Additional Terms are made part of these Terms by reference. If there is a conflict between these Terms and the Additional Terms, the Additional Terms shall control.

## 4. Membership

The Site is available to registered users who are 13 years and older and who have not been suspended or removed by Birchbox for any reason (a "Member"). We reserve the right to revoke your membership for any reason at any time including as a result of a violation of these Terms of the Privacy Policy, without notice. Membership is void where prohibited by law.

## 5. The Monthly Subscription Contract Between You And Us

By purchasing a month to month subscription, you acknowledge that your subscription has an initial and recurring payment feature and you accept responsibility for all recurring charges prior to cancellation. Your subscription will be automatically extended for successive monthly periods, at the then-current subscription rate. To cancel your subscription at any time, you must logon to your account or email us and we will do it for you. If you cancel, you may use your subscription until the end of your then-current subscription term. Birchbox may submit periodic charges (e.g., monthly) without further authorization from you, until you provide prior notice that you have terminated this authorization or wish to change your payment method. Such notice will not affect charges submitted before Birchbox reasonably could act.

For multiple month subscriptions (3, 6, & 12 months), your subscription will not be renewed after your then-current term expires. If you cancel your subscription, you will not be eligible for a prorated refund of any portion of the subscription fee paid for the then-current subscription period. We reserve the right to revoke your subscription at any time as a result of a violation of these Terms or the Privacy Policy. Membership is void where prohibited by law.

## 6. Product Information; Limitation on Quantities

Excluding any content which may be submitted by Members from time to time, we strive to ensure that the information on the Site is complete and reliable. Certain information may contain pricing errors, typographical errors and other errors or inaccuracies which we may correct without liability. We also reserve the right to limit quantities purchased by Members and to revise, suspend, or terminate an event or promotion at any time without notice (including after an order has been submitted and/or acknowledged). We do not guarantee that all products described on our Site will be available.

## 7. Proprietary Rights

materials, text, images, videos, graphics, trademarks, logos, button icons, music, software and other elements available on the Site are the property of Birchbox or our licensors and are protected by copyright, trademark and/or other proprietary rights and laws. You agree not to sell, license, rent, distribute, copy, reproduce, transmit, publicly display, publicly perform, publish, adapt, edit, modify or create derivative works from any content or materials on the Site. Birchbox and the Birchbox logo are registered trademarks, and Discover Beauty Better is a trademark, of Birchbox, Inc. All other trademarks are the property of their respective owners. All of our Site's content is Copyright 2012 Birch box, Inc. All rights reserved. **Except as expressly set forth in these Terms, no license is granted to you and no rights are conveyed by virtue of accessing or using the Site. All rights not granted under these Terms are reserved by Birchbox.**

## 8. Submitted Content

By submitting or posting any materials or content on the Site, you grant Birchbox a perpetual, irrevocable, non-terminable, worldwide, royalty-free and non-exclusive license to use, copy, distribute, publicly display, modify, create derivative works, and sublicense such materials or any part of such materials. You hereby represent, warrant and covenant that any materials you provide do not include anything (including, but not limited to, text, images, music or video) to which you do not have the full right to grant Birchbox the license specified above. You further represent, warrant and covenant that any materials you provide will not contain libelous or otherwise unlawful, abusive or obscene material. Birchbox will be entitled to use any content submitted by you without incurring obligations of confidentiality, attribution or compensation to you.

## 9. Disclaimers

You assume all responsibility and risk with respect to your use of the Site. THE SITE, AND ALL CONTENT, MERCHANDISE, AND OTHER INFORMATION ON OR ACCESSIBLE FROM OR THROUGH THIS SITE OR A "LINKED" SITE ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, SECURITY OR ACCURACY. SPECIFICALLY, BUT WITHOUT LIMITATION, BIRCHBOX DOES NOT WARRANT THAT: (1) THE INFORMATION ON THIS SITE IS CORRECT, ACCURATE OR RELIABLE; (2) THE FUNCTIONS CONTAINED ON THIS SITE WILL BE UNINTERRUPTED OR ERROR-FREE; OR (3) DEFECTS WILL BE CORRECTED, OR THAT THIS SITE OR THE SERVER THAT MAKES IT AVAILABLE IS FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. Birchbox makes no warranties of any kind regarding any non-Birchbox sites to which you may be directed or hyperlinked from this Site. Hyperlinks are included solely for your convenience, and Birchbox makes no representations or warranties with regard to the accuracy, availability, suitability or safety of information provided in such non-Birchbox sites. Birchbox does not endorse, warrant or guarantee any products or services offered or provided by or on behalf of third parties on the Site.

## 10. Taxes

Your total price will include the price of the product plus any applicable sales tax; such state and local sales tax is based on the shipping address and the sales tax rate in effect at the time you purchase the product. We will charge tax only in states where the goods sold over the internet is taxable.

## 11. Indemnification

You agree to indemnify, hold harmless, and defend Birchbox, its parent, subsidiaries, divisions, and affiliates, and their respective officers, directors, employees, agents and affiliates from any and all claims, liabilities, damages, costs and expenses of defense, including attorneys' fees, in any way arising from or related to your use of the Site, your violation of these Terms or the Privacy Policy, content posted to the Site by you, or your violation of any law or the rights of a third party.

## 12. Limitation of Liability

IN NO EVENT SHALL BIRCHBOX, ITS PARENT COMPANY, SUBSIDIARIES, AFFLIATES OR ANY OF THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, SUCCESSORS, SUBSIDIARIES, SUPPLIERS, AFFILIATES, OR THIRD PARTIES PROVIDING INFORMATION ON THIS SITE BE LIABLE TO ANY USER OF THE

CONSEQUENTIAL OR EXEMPLARY DAMAGES (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, LOSS OF DATA, OR LOSS OF USE) ARISING OUT OF THE USE OR INABILITY TO USE THE SITE, WHETHER BASED UPON WARRANTY, CONTRACT, TORT, OR OTHERWISE, EVEN IF BIRCHBOX HAS BEEN ADVISED OF OR SHOULD HAVE KNOWN OF THE POSSIBILITY OF SUCH DAMAGES OR LOSSES. IN NO EVENT SHALL THE TOTAL LIABILITY OF BIRCHBOX, ITS AFFILIATES OR ANY OF THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, SUCCESSORS, SUBSIDIARIES, SUPPLIERS, AFFILIATES OR THIRD PARTIES PROVIDING INFORMATION ON THIS SITE TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION RESULTING FROM YOUR USE OF THIS SITE, WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE) OR OTHERWISE, EXCEED THE AMOUNT YOU PAID TO BIRCHBOX IN CONNECTION WITH THE EVENT GIVING RISE TO SUCH LIABILITY. You hereby acknowledge that the preceding paragraph shall apply to all content, merchandise and services available through the Site. Because some states do not allow limitations on implied warranties or the exclusion or limitation of certain damages, all of the above disclaimers or exclusions may not apply to all users.

## 13. International Use

We control and operate the Site from the United States. We make no representation that materials on the Site are appropriate or available for use outside the United States. If you choose to access this Site from outside the United States, you do so at your own initiative and are responsible for compliance with local laws, if and to the extent local laws are applicable.

## 14. Risk of Loss

Any merchandise purchased from our Site will be shipped by a third party carrier. As a result, title and risk of loss for such merchandise will pass to you upon our delivery to the carrier.

## 15. Copyright Infringement; Notice and Take Down Procedures

Birchbox specifically prohibits the posting of any content that violates or infringes the copyright rights and/or other intellectual property rights (including rights of privacy and publicity) of any person or entity. If you believe that any material contained on this Site infringes your copyright or other intellectual property rights, you should notify us of your copyright infringement claim in accordance with the following procedure. Birchbox will process notices of alleged infringement which it receives and will take appropriate action as required by the Digital Millennium Copyright Act ("DMCA"). The DMCA requires that notifications of claimed copyright infringement should be sent to the following address:

Birchbox Inc.
230 Park Avenue South
12th Floor
New York, NY 10003

Telephone: (877) 487-7272

To be effective, the notification must be in writing and contain the following information (DMCA, 17 U.S.C. §512(c)(3)):

- Physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;
- Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site;
- Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit the service provider to locate the material;
- Information reasonably sufficient to permit the service provider to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted;

complained of is not authorized by the copyright owner, its agent, or the law; and

- A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

To contact us with any questions or concerns in connection with these Terms or the Site, or to provide any notice under these Terms, please contact us.

## 16. Severability

If any part of these Terms shall be held or declared to be invalid or unenforceable for any reason by any court of competent jurisdiction, such provision shall be ineffective but shall not affect any other part of these Terms, and in such event, such provision shall be changed and interpreted so as to best accomplish the objectives of such unenforceable or invalid provision within the limits of applicable law or applicable court decisions.

## 17. Waiver; Remedies

The failure of Birchbox to partially or fully exercise any rights or the waiver of Birchbox of any breach of these Terms and Conditions by you shall not prevent a subsequent exercise of such right by Birchbox or be deemed a waiver by Birchbox of any subsequent breach by you of the same or any other term of these Terms. The rights and remedies of Birchbox under these Terms and any other applicable agreement between you and Birchbox shall be cumulative, and the exercise of any such right or remedy shall not limit Birchbox's right to exercise any other right or remedy.

## 18. Governing Law

The laws of the State of New York shall govern these Terms. YOU HEREBY EXPRESSLY CONSENT TO EXCLUSIVE JURISDICTION AND VENUE IN THE COURTS LOCATED IN NEW YORK COUNTY, NEW YORK FOR ALL MATTERS ARISING IN CONNECTION WITH THESE TERMS AND CONDITIONS OR YOUR ACCESS OR USE OF THE SITE.

**Questions:** Should you have any questions regarding these Terms you may contact us at info@birchbox.com (mailto:info@birchbox.com).

ABOUT (/ABOUT)
BRANDS (/SHOP/BRANDS)
MOBILE APPS (/MOBILE)

CAREERS (/ABOUT/CAREERS)
PRESS (/ABOUT/PRESS)
CONTACT (/ABOUT/CONTACT-US)

RECEIVED A GIFT? (/GIFT/CLAIM)
BLOG (HTTP://BLOG.BIRCHBOX.COM/)

**REFER FRIENDS, EARN POINTS!**
Earn 50 Birchbox points for every friend that purchases a subscription.

INVITE FRIENDS (/SHOP/REFERRAL/INDEX? REF=FOOTER)

Like          and 1,081,395 others like this

USA

TERMS (/ABOUT/TERMS-CONDITIONS)          PRIVACY (/ABOUT/PRIVACY-POLICY)          MADE IN NYC (HTTP://NYTM.ORG/MADE/)
© 2013 BIRCHBOX

Ex. 2
40

Case 3:25-cv-00498-BEN-BGS Document 1 Filed 03/04/15 PageID.45 Page 45 of 60

**EXHIBIT 3**









**EXHIBIT 4**



FREE STANDARD SHIPPING ON ORDERS $50+     LOGIN 🛒 0

BIRCHBOX◆    SHOP▾   MAGAZINE▾   BOX▾   GIFT   SUBSCRIBE    Search   Women▾ 🔍

◆ **THIS MONTH:** BIRCHBOX TEAMS UP WITH jetBlue

Bringing you an exclusive travel giveaway inside the box!

## JOIN BIRCHBOX

Birchbox delivers high-end beauty, grooming, and lifestyle samples once a month, customized just for you.

### Select Your Subscription



Women's Subscription
$10/month

○ Monthly for $10/month
○ Yearly for $110/year

Men's Subscription
$20/month

**SUBSCRIBE NOW**

---

**Limited Time Offers**

**WOMEN'S SUBSCRIPTION OFFER**

Subscribe to Birchbox today and pick an extra sample to add to your first box.
Choose from one of two of our favorite summery picks!

 Whish Shave Crave
Shaving Cream in Grapefruit
CODE: SUMMERSHAVE

or

 Cynthia Rowley Beauty
Creamy Lip Stain in Nude
CODE: SUMMERLIP

*Additional sample choice is available for women's monthly resizable subscriptions and women's yearly subscriptions. Available through June 23, 2014 11:59 p.m. or while supplies last.

**MEN'S SUBSCRIPTION BONUS**

 Included with your Birchbox Man subscription is a one year subscription to
**Details** magazine ($10 value).*

**Use code DETAILSGIFT at checkout.**

*Use promo code DETAILSGIFT to get your one-year subscription to DETAILS Magazine with your purchase of a monthly resizable or yearly Birchbox Man subscription. Simply enter the code and we'll take care of the rest. We'll share your name and address with DETAILS Magazine and your first issue will be delivered in 4-6 weeks. Click here for offer and refund details.

---

### Lift the Lid on This Month's Box
See What Some Subscribers Sampled

Women's Box   Men's Box



| | | EXCLUSIVE | EXCLUSIVE | | |
|---|---|---|---|---|---|
| Kérastase Cristalliste Bain Cristal Thick-Cleanse | Kérastase Lait Cristal Conditioner - Treat | Whish Shave Crave Shaving Cream | Cynthia Rowley Beauty Eyeliner | Pixi Beauty Shea Butter Lip Balm | Caudalie Polyphenol C15 Overnight Detox Oil |
| ★★★☆☆ (200) | ★★★☆☆ (278) | ★★★★☆ (13,839) | ★★★★☆ (15,487) | ★★★★☆ (11,335) | ★★★☆☆ (1,174) |
| $38.00 | $41.00 SHIPS FREE | $20.00 | $16.00 SHIPS FREE | $8.00 | $52.00 SHIPS FREE |
| | | More Options Available | More Options Available | More Options Available | |

Ex. 4
42



ABOUT    CAREERS    RECEIVED A GIFT?    REFER FRIENDS, EARN POINTS!
BRANDS    PRESS    BLOG    Earn 50 Birchbox points for every friend that purchases a subscription.
MOBILE APPS    CONTACT    **INVITE FRIENDS**

**EXHIBIT 5**



**EXHIBIT 6**





**EXHIBIT 7**



Ex. 7
45

Case 3:25-cv-00498-BEN-BGS    Document 1    Filed 03/04/25    Page 55 of 60

# EXHIBIT 8





Ex. 8
46

1/1

**EXHIBIT 9**





Ex. 9
47

**EXHIBIT 10**



