FILED

16 OCT 17 AM 8:28

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY DAVIS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br>v.<br><br>BIRCHBOX, INC.,<br><br>Defendant. | Lead Case No.:<br>3:15-CV-00498-BEN-BGS<br><br>Case Consolidated with:<br>3:15-CV-00214-BEN-BGS<br><br>THIS DOCUMENT RELATES TO: ALL CASES |
| TIFFANY LAPUEBLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br>v.<br><br>BIRCHBOX, INC.,<br><br>Defendant. | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL<br><br>Date: October 14, 2016<br>Time: 9:30 AM<br>Courtroom: 5A<br>Judge: Hon. Roger T. Benitez |

//
//

On October 14, 2016, this Court heard Plaintiffs Tracy Davis and Tiffany Lapuebla ("Plaintiffs") unopposed motion for final approval of the class action settlement. This Court reviewed the motion and the supporting papers, including the Settlement Agreement and Release ("Agreement" or "Settlement"); and Class Counsels' arguments. Based on this review and the findings below, the Court found good cause to grant the motion.

**FINDINGS:**

1. Unless otherwise specified, defined terms in this Final Order and Judgment have the same definition as the terms in the Agreement.

2. The Settlement was entered into in good faith, is fair, reasonable and adequate, and satisfies the standards and applicable requirements for final approval of this class action settlement pursuant to Rule 23(e)(1)(A) of the Federal Rules of Civil Procedure.

3. The Parties adequately performed their obligations under the Agreement.

4. Notice was provided to Class Members in compliance with Section 3.3 of the Agreement, Federal Rules of Civil Procedure Rule 23(e)(1)(B), the United States Constitution, and any other applicable law. The notice: (i) fully and accurately informed Class Members about the lawsuit and Settlement; (ii) provided sufficient information so that Class Members were able to decide whether to accept the benefits offered, opt out and pursue their own remedies, or object to the proposed Settlement; (iii) provided procedures for Class Members to file written objections to the proposed Settlement, to appear at the hearing, and to state objections to the proposed Settlement; and (iv) provided the time, date and place of the final fairness hearing.

5. An award of $ 300,000.⁰⁰ in attorneys' fees and costs to Class Counsel is fair and reasonable in light of the nature of this case, Class Counsel's experience and efforts in prosecuting this Action, and the benefits obtained for the Class.

6. An incentive award to each Plaintiff of $ 2,500.⁰⁰ is fair and reasonable in light of: (a) Plaintiffs' risks (including financial, professional, and

emotional) in commencing this action as the class representative; (b) the time and effort spent by Plaintiffs spent in litigating this action as the class representative; and (c) Plaintiffs' public interest service.

**IT IS ORDERED THAT:**

1. **Class Members.** The Class Members are defined in the Settlement as:

    All persons in California who purchased a subscription that automatically renewed from Birchbox, Inc. ("Birchbox") between January 1, 2011 and March 6, 2015.

2. **Binding Effect of Order.** This order applies to all claims or causes of action settled under the Agreement, and binds all class members, including those who did not properly request exclusion under paragraph 6 of the Preliminary Approval and Provisional Class Certification Order. This order does not bind persons who filed timely and valid requests for exclusion. Attached to this Order as **Exhibit A** is a list of persons who properly requested to be excluded from the Settlement. There have been no objections by Class Members to the Settlement.

3. **Release.** Plaintiffs and all Class Members who did not properly request exclusion are: (1) deemed to have released and discharged Birchbox from all claims arising out of or asserted in this Action and claims released under the Agreement; and (2) barred and permanently enjoined from asserting, instituting, or prosecuting, either directly or indirectly, these claims. The full terms of the release described in this paragraph are set forth in paragraphs 4.2 and 4.3 of the Agreement.

4. **Class Relief.** Birchbox, through the Settlement Administrator, will issue two $5 credits, to be used separately, equivalent to a total credit of $10 to each Class Member who subscribed to the Women's Subscription and two $10 credits, to be used separately, equivalent to a total credit of $20 to each Class Member who subscribed to the Men's Subscription, to each pursuant to the terms and timeline set forth in Section 2.1 of the Agreement.

5. **Attorneys' Fees and Costs**. Class Counsel is awarded $ 300,000.00 in fees and costs. Birchbox must pay Class Counsel this amount according to the timeline set forth in Section 2.3 of the Agreement.

6. **Incentive Award**. Plaintiffs are each awarded $ 2,500.00 as an incentive award. Birchbox must pay Plaintiffs this amount according to the timeline set forth in Section 2.4 of the Agreement.

7. **Court's Jurisdiction**. This action is hereby dismissed with prejudice; provided, however, that without affecting the finality of this Order, the Court retains exclusive and continuing jurisdiction over the case for purposes of supervising, implementing, interpreting and enforcing this Order and the Settlement Agreement, as may become necessary, until all of the terms of the Settlement Agreement have been fully carried out. Plaintiffs' counsel shall notify the Court when this has occurred.

**IT IS SO ORDERED.**

Dated: 10/17, 2016

By: /s/ Roger T. Benitez
HON. ROGER T. BENITEZ
U.S. DISTRICT JUDGE

# EXHIBIT A

| ClaimantName |
| --- |
| ALLISON CARLSON |
| GUADALUPE GODINEZ |
| DANA VECA |
| LAURA E GALIHER |
| STEFANIE SMALL |
| KARINE MAXIMIANO DA SILVA |
| MICHELE GIBNEY |
| DORCAS LEE |
| CARMEN CHEUNG |
| MRS. LAURA KAMINSKI |
| AMANDA BERENDSEN |
| ROBIN AKASHI |
| JENNIFER SKIDGEL-CLARKE |
| JULIANA SEMIONE |
| KATIA HASTINGS |
| CLAIRE MORLOCK |
| KATHLEEN CRUZ |
| LINDSAY DYER |
| KELSEY FISHER |
| BRIENNA HASTINGS |
| ANNA CHMIELOWIEC |
| DANIELLE HURST |
| PETER ROSDIL |
| CORRINE PAHLER |
| CARLY MONIZ |
| MOIRA JEPSEN |
| LAUREN VAN SCHILFGAARDE |
| LYNNA CORTEZ |
| SUNWOO YOO |
| EUNICE GARCIA |
| VIRGINIA CHAIDEZ |
| KELLY HEINLEIN |
| AMY YANOE |
| SONALI BOSIGER |
| MADDIE MATHEWS |
| LINDA LAY |
| RENEE WESTERGAARD |
| ALMA CANO |
| KIM BANGS |
| KELLY WONG |
| EMILY SORMANO |
| JOANNE TRAN |
| JULIE LIPE |
| DANI HV |
| COURTNEY SABAHI |
| JACQUELINE EXLINE |

MARIA HERNANDEZ
CHRISTINE BRONOLA